UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CODY BOWLAY-WILLIAMS,

    Plaintiff,

    v.

GOOGLE, LLC,

    Defendant.

Case No. 21-cv-09942-PJH

**ORDER REGARDING JOINT STATEMENT ON MEDIATION**

Re: Dkt. No. 34

Before the court is the parties' joint statement regarding mediation. Having read the papers and good cause appearing, the court ORDERS that all pending deadlines remain stayed in this matter and that the parties must update the court on their mediation efforts by October 10, 2022.

**IT IS SO ORDERED.**

Dated: August 19, 2022

                                      */s/ Phyllis J. Hamilton*
                                      PHYLLIS J. HAMILTON
                                      United States District Judge