Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-2738

Michele R. Fisher, MN State Bar No. 303069*
fisher@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile (612) 218-6170

Charles Scalise, TX State Bar No. 24064521*
charles@rosslawpc.com
ROSS SCALISE LAW GROUP P.C.
1104 San Antonio Street
Austin, TX 78701
Telephone: (510) 270-2614
Facsimile: (510) 474-5306

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*
Additional counsel on next page

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cody Bowlay-Williams, individually and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>Google, LLC,<br><br>                              Defendant. | **Case No. 4:21-cv-09942-PJH**<br><br>**DECLARATION OF BRYN BRIDLEY RE: NOTICE AND SETTLEMENT ADMINISTRATION**<br><br>Judge: Phyllis J. Hamilton<br>            Oakland Courthouse, Courtroom 3 |

Zachary P. Hutton, CA State Bar No. 234737
zachhutton@paulhastings.com
Eric D. Distelburger, CA State Bar No. 330042
Michelle Erickson, CA State Bar No. 338143
michelleerickson@paulhastings.com
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 846-7000
Facsimile: (415) 856-7100

*Attorneys for Defendant Google LLC*

DECLARATION OF BRYN BRIDLEY RE: NOTICE AND SETTLEMENT ADMINISTRATION

I, Bryn Bridley do hereby declare:

1.       I am the Director of Project Management at Atticus Administration, LLC ("Atticus"), a firm providing class action and claims administration services. I have extensive experience with class action notice and claims administration. I am fully familiar with the facts contained herein based upon my personal knowledge and involvement with the above-captioned action. If asked to testify I could and would competently do so.

2.       Atticus is the Settlement Administrator for the above-captioned action and is responsible for carrying out the terms of the Settlement Agreement pursuant to the *Joint Supplement to Unopposed Motion for Preliminary Approval of Settlement* entered by the parties on March 9, 2023 and the Court's *Order (1) Preliminarily Approving Proposed Settlement; (2) Certifying Settlement Classes; (3) Approving Class Notice and Related materials; and (4) Setting Hearing for Final Approval of Settlement* ("Preliminary Approval Order") dated March 13, 2023.

3.       I submit this Declaration to inform the Parties and the Court of settlement administration activities to date with respect to this action. This Declaration describes: (i) dissemination of Notice to the Settlement Class and Collective Members, (ii) distribution of Consent to Join deadline reminder to FLSA Collective Members, (iii) Consent to Join forms received from FLSA Collective Members, exclusion requests received from California ("CA") Class Members, and objections received, and (iv) the allocation of the Net Settlement Amount.

## I.      <u>DISSEMINATION OF NOTICE</u>

4.       On March 21, 2023, Atticus received a data file from Defense Counsel that contained the name, address, social security number – last four digits, email address, indication of Class or Collective Member and the total Settlement allocation of 6,517 persons who were nonexempt employees of Defendant who (a) worked in the United States, but outside of California, between December 22, 2018 through June 5, 2022 ("FLSA Collective Class") or (b) worked in California between December 22, 2017 through June 5, 2022 ("California Class") (collectively, the "Class Data"). The Social Security Numbers of Class and Collective Members were received from Defendant in a separate file on April 17, 2023.

5.      No errors or issues were found during Atticus' review of the file. The final Class List contained 3,277 California Class Members and 3,240 FLSA Collective Members. Prior to mailing Notice, the Class list was processed through the National Change of Address database maintained by the United States Postal Service ("USPS"). This process returns new and updated address information for individuals in the file who have filed change of address cards with the USPS during the past four (4) years.

6.      On April 6, 2023, Atticus disseminated the *Notice of Proposed Class and Collective Action Settlement and Final Approval Hearing* ("Notice") by e-mail and mail.  One version of the Notice was for the FLSA Collective Members, and the other for the CA Class Members. Notices were sent via electronic mail to 5,687 individuals, of whom 2,927 were CA Class Members and 2,760 FLSA Collective Members. The electronic Notices sent to FLSA Collective Members included a direct link to an online Consent to Join form that could be signed and submitted electronically. True and correct copies of the e-mailed Class and Collective Notices are attached hereto as **Exhibit A**.

7.      Also on April 6, 2023, Notice was sent via U.S. First Class mail to 829 individuals for whom e-mail addresses were not received. Of the mailed Notices, 348 were sent to CA Class Members and 481 were to FLSA Collective Members. The Notices mailed to FLSA Collective Members included a Consent to Join form and a postage-prepaid return envelope. True and correct copies of the mailed Notices and Consent to Join form are attached hereto as **Exhibit B**.

8.      On April 13, 2023, Atticus learned that Notices were to have been mailed *and* e-mailed to all Class and Collective Members as defined in § III. F ¶ 2.b of the Settlement Agreement. On April 17, 2023, 5,687 additional Notices were sent by U.S. First Class Mail to Class and Collective Members for whom mailing addresses were provided but were initially only sent Notice by e-mail. Of the additional 5,687 Notices mailed, 2,927 were sent to CA Class Members and 2,760 were sent to FLSA Collective Members.

9.      In total, 6,516 Class and Collective Members were sent Notice by mail and 5,687 Class and Collective Members were sent Notice by e-mail. Notice was not sent to one (1) Class

Member for whom no address or e-mail address was received or located after Atticus conferred with Defense Counsel and performed a skip trace.

10.    Of the 6,516 Notices mailed, 303 were returned to Atticus as undeliverable. Two (2) of the undeliverable pieces included forwarding address information and Notices were promptly remailed to the address corrections provided by the USPS. Address records associated with 204 of the remaining undeliverable records were sent to a professional search firm for address tracing where 147 new addresses were obtained. Notices were promptly mailed to the 147 trace addresses received. Addresses were not obtained through trace for the other 57 undeliverable records sent. Ten (10) of the remailed Notices were returned a second time, and 97 were not sent to trace for updates – changes of address were received for 16 FLSA Collective Members via their online Consent Form submissions, 75 were not traced because a change of address was received before the reminder mailing (See Paragraph 13), and 6 because they were received after the exclusion objection and/or Consent to Join deadline.

11.    Of the 5,687 Notices sent by email, 5,634 were successfully delivered, 4,621 were opened, and 53 were undeliverable. Thus 5,634 Notices or 99.07% of Class Members and Collective Members for whom email notice were attempted were successfully notified of the Settlement by electronic mail.

12.    In total, 6,352 or 97.48% of the mailed Notices were successfully sent, and 5,634 or 99.07% of the emailed Notices were successfully delivered. Thus, 6,499 Class and Collective Class Members are believed to have received the Notice by at least one (1) of the (2) dissemination methods used and, 18 Class and/or Collective Members ultimately did not receive Notice.

## II.    CONSENT TO JOIN FORM REMINDER

13.    On May 4, 2023, Atticus sent a Consent to Join deadline reminder to FLSA Collective Members who had not filed forms as of that date. The reminder was sent to 2,889 FLSA Collective Members by U.S. First Class mail in the form of a complex post two-panel postcard that included a perforated postage-prepaid tear-off Consent to Join form. A copy of the reminder postcard is attached to this declaration as **Exhibit C**.

14.    The reminder messaging was sent via e-mail to 2,443 FLSA Collective Members for whom e-mail addresses were available and Consent to Join forms had not been received. The emailed reminder included a link to the online form that Collective Members could sign and return electronically using a computer or mobile device. A copy of the emailed reminder is attached as **Exhibit D**.

### III.    <u>**EXCLUSIONS, OBJECTIONS, AND CONSENT TO JOIN FORMS**</u>

15.    Members of the California Class who wished to be removed from the Settlement had until June 5, 2023 to postmark a signed letter requesting exclusion ("Exclusion Letter"). Atticus received 19 total Exclusion Letters. Seventeen (17) of the letters received were timely and valid. One (1) request was from an FLSA Collective Member who was not required to request exclusion.  One (1) request was postmarked after the June 5, 2023 deadline, but was accepted by the parties as valid. The employee IDs of the 18 Class Members who submitted valid Exclusion Letters are 989618, 950740, 917639, 873624, 813656, 714906, 696486, 696228, 686882, 619767, 614867, 614702, 591838, 326024, 230515, 219752, 107044, and 63694.  Copies of the 18 valid Exclusion Letters are attached as **Exhibit E**.

16.    CA Class Members and FLSA Collective Members had until June 5, 2023 to submit an objection to the terms of the Settlement. Atticus did not receive any Settlement objections.

17.    FLSA Collective Members who wished to participate in the Settlement and receive their Settlement Share had until June 5, 2023 to postmark and mail or otherwise sign and submit a Consent to Join form. Mailed Notices included a scannable QR code and emailed Notices a direct clickable link, both of which routed users to an online form where Collective Members could verify or update their contact information, select a preferred method of payment, and sign their Consent Form.

18.    Atticus received 661 valid and timely Consent to Join Forms. Atticus received one untimely request from a FLSA Collective Member to submit a late Consent to Join Form, and the parties agreed to honor that request, thus resulting in a total of 662 FLSA Collective Members. Atticus received an invalid Consent to Join Form from a FLSA Collective Member that is missing a signature that the parties agreed not to include, as that individual has not responded to Atticus'

communication to obtain a signature. Of the forms received 61 were returned by mail and 601 were submitted online. Of the forms completed online, 299 elected an electronic payment method for receipt of their Settlement Shares. The list of employee IDs of the 662 Collective Members who submitted a valid Consent to Join Form is attached as **Exhibit F.**

### IV.    ALLOCATION OF SETTLEMENT AMOUNT

19.    The Net Settlement Amount allocated to the Class and Collective Members totaled $6,217,550.00. Of the $5,015,176.49 allocated to the California Class, $34,262.48 was allocated to Class Members who requested exclusion from the Class and $4,980,914.01 was allocated to Class Members who remain in the Class or to the PAGA awards for those 18 Class Members who requested exclusion. Of the $1,202,373.51 allocated to FLSA Collective Members, $443,646.01 was allocated to FLSA Collective Members who submitted a Consent to Join Form and $758,727.50 was allocated to FLSA Collective Members who did not submit a Consent to Join Form. In total, $5,424,560.02 is allocated to Class Members who have remained in the California Class or who will receive a PAGA Payment and to Collective Members who joined the FLSA Collective.

   **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on June 20, 2023 in Mendota Heights, Minnesota.**



Bryn Bridley

**EXHIBIT A**

<<First Name>> <<Last Name>>

To: All non-exempt employees of Google, LLC ("Google") who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

**PLEASE READ THIS NOTICE CAREFULLY**.
IT MAY AFFECT YOUR LEGAL RIGHTS TO MONEY YOU MAY BE OWED IN CONNECTION WITH YOUR EMPLOYMENT BY GOOGLE. IF YOU DO NOT WANT TO PARTICIPATE IN THE SETTLEMENT, YOU MUST MAIL TO THE SETTLEMENT ADMINISTRATOR A WRITTEN REQUEST FOR EXCLUSION, POSTMARKED NOT LATER THAN **JUNE 5, 2023**, OR ELSE YOU WILL BE BOUND BY THE SETTLEMENT.

IF YOU WISH TO OBJECT TO OR REQUEST EXCLUSION FROM THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.

PURSUANT TO THE ORDER OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA (THE "COURT") ENTERED ON MARCH 13, 2023, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

## WHAT IS THIS NOTICE ABOUT?

A proposed settlement (the "Settlement") has been reached between Cody Bowlay-Williams, ("Plaintiff") and Google, LLC ("Google" or "Defendant"), in the class action pending in the Court (the "Action") brought on behalf of the following individuals (the "Classes"):

1. All non-exempt employees of Defendant who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("California Class Members").
2. All non-exempt employees of Defendant who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("FLSA Collective Members").

The Court preliminarily approved the Settlement and conditionally certified the Classes for purposes of the Settlement. You received this Notice because Google's records indicate that you are a California Class Member. This Notice informs you of how you can object to or opt out of the Settlement. Unless you opt out, the Settlement if finally approved by the Court will be binding upon you.

## WHAT IS THIS LAWSUIT ABOUT?

The Action, which is pending in the United States District Court for the Northern District of California, is titled "*Cody Bowlay-Williams, individually and on behalf of others similarly situated v. Google, LLC,*" Case No. 4:21-cv-09942-PJH (N.D. Cal.).

Plaintiff alleges that Defendant did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. As a result, Plaintiff

further alleges Defendant failed to provide accurate wage statements and pay all wages due upon discharge. In addition, Plaintiff asserted that Defendant engaged in unlawful business practices.

Google denies that it engaged in unlawful activity, failed to comply with the law, or has any liability to anyone under the claims.

After good-faith negotiations, in which both sides recognized the risk of an uncertain outcome, Plaintiff and Defendant agreed to settle the claims that arise out of or relate to the allegations in the Action (the "Covered Claims").

The Settlement represents a compromise of highly disputed claims. Nothing in the Settlement is intended or will be construed as an admission by Defendant that Plaintiff's claims in the Action have merit or that it has any liability to Plaintiff or the proposed classes on those claims. On the contrary, Defendant denies any and all such liability, and maintains that it complied with all applicable laws.

The parties and their counsel concluded that the Settlement is advantageous, considering the risks and uncertainties of continued litigation. The parties and their counsel determined that the Settlement is fair, reasonable, and adequate and is in the best interests of the Class.

## WHAT WILL I RECEIVE FROM THE SETTLEMENT?

1. Google will pay a maximum of $8,369,000.00 as the Maximum Settlement Amount. The Maximum Settlement Amount will fund all payments to be made under the Settlement.
2. The "Net Settlement Amount" is the amount from the Maximum Settlement Amount that is available for distribution as Settlement Shares to Class Members after deductions for the Class Representative Payment, the Class Counsel Fees and Expenses Payment, the payment to the California Labor and Workforce Development Agency (the "LWDA") for its share of civil penalties under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA"), the PAGA Payment to California Class Members, and a contingency fund for errors and omissions in settlement allocations.
3. Out of the Net Settlement Amount, Google will pay a Settlement Share to each California Class Member who does not timely submit an Exclusion Letter, and to each FLSA Collective Member who timely cashes their Settlement check.
4. Each Class Member's Settlement Share represents your pro rata share of the Net Settlement Amount considering Google's records of your dates of employment, overtime hours worked, vested restricted stock units, and any sign-on bonus. The minimum awarded amount to any Class Member will be $50.
5. The amount of your calculated Settlement Share is . The Settlement Shares and other amounts awarded by the Court will be paid after final court approval of the Settlement, entry of the final judgment, and the exhaustion of all rights to appeal or review, or after any appeal or review has been resolved in favor of the Settlement.

## HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

As a member of the California Class, you will be included in the Settlement and receive your proportional share of the Settlement unless you opt out by mailing to the Settlement Administrator a signed letter requesting exclusion ("Exclusion Letter"), postmarked no later than **June 5, 2023**. The Exclusion Letter must include your name, address, and telephone number, your signature, and indicate that you request to be excluded from the class action Settlement in the matter of *Bowlay-Williams v. Google LLC*. If you submit a signed Exclusion Letter by the deadline, you will be excluded from the Class Settlement (but not the PAGA Settlement, as explained below) and will not receive a Class Settlement Share, but you will receive a portion of the amount set aside as PAGA Civil Penalties, and you will retain the right you may have, if any, to pursue a claim against Defendant.

## WHAT IF I AM A MEMBER OF BOTH THE CALIFORNIA CLASS AND THE FLSA COLLECTIVE?

If you are a member of both the California Class and the FLSA Collective, you will be treated as a member of the California Class and you will be bound by the release of claims for California Class Members if you do not submit a Request for Exclusion.

## WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

**California Class Members.**  In consideration for their awarded Settlement Shares, as of the date the Settlement becomes Final, all California Class Members (other than those California Class Members who timely and validly elected not to participate in the Settlement) will waive and release all federal, state, municipal, and local law claims for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Defendant and its past and present owners(s), officers, directors, managers, insurers, and attorneys (collectively, "Released Parties") from December 22, 2017 through March 13, 2023. In relation to the claims released above, the release will waive and release all claims for failure to provide accurate itemized wage statements, failure to timely pay wages, and claims brought under California Labor Code sections 201-203, 226, 510, 1194, 1198 and California Business and Professions Code sections 17200 et seq., the Industrial Welfare Commission Wage Orders, the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201 et seq. and any other related federal, state or municipal law (the "California Class Members' Released Claims"). In addition, all California Class Members, regardless of whether they opt-out of the Settlement, release any and all Claims for civil penalties under the California Labor Code Private Attorneys General Act of 2004 ("PAGA") related to the released claims, including claims under California Labor Code sections 201-203, 226, 510, 1194, 1198, and 2698 et seq.

## WHAT ARE THE OTHER TERMS OF THE SETTLEMENT?

1. **Class Representative Payment:** Plaintiff will seek approval from the Court for a payment of $3,000 in consideration of initiating and pursuing the Action, undertaking the risk of liability for attorneys' fees and expenses in the event he was unsuccessful, and granting the general release as part of the Settlement. This payment, which will be paid in addition to Plaintiff's Settlement Share, will be made out of the Maximum Settlement Amount.
2. **Class Counsel Fees and Expenses Payment:** As part of the final approval hearing, Class Counsel will request up to $2,092,250.00 for attorneys' fees (25% of the Maximum Settlement Amount) and not more than $16,700 for their expenses incurred in connection with their work in this case. Defendant does not oppose these payments. These amounts constitute full and complete compensation for all legal fees, costs, and expenses of Class Counsel in connection with the litigation and all work done through the completion of the litigation. Class Members will not be required to pay Class Counsel for any other attorneys' fees, costs or expenses out of their own pockets. Class Counsel's attorneys' fees and expenses as approved by the Court will be paid out of the Maximum Settlement Amount.
3. **LWDA Payment:** Out of the Maximum Settlement Amount, $50,000 will be allocated to the settlement of the PAGA claim for civil penalties (the "PAGA Allocation"). Of the PAGA Allocation, 75% or $37,500 will be paid to the LWDA (the "LWDA Payment"), and 25% or $12,500 will be included in the Net Settlement Amount, to be distributed to California Class Members, regardless of whether they request exclusion.
4. **Contingency Fund**: The Settlement Administrator will set aside $5,000 in a contingency fund, to cover any errors and omissions in settlement allocations. Any amounts remaining in the Contingency Fund after allocation of the Settlement shares will be donated to Legal Aid at Work.

5. **Second Disbursement of Uncashed Settlement Share Checks.** If uncashed settlement checks for California Class members amount to more than $60,000, those funds will be redistributed pro rata based on Settlement Shares to California Class Members who timely cashed their settlement checks. If they do not exceed $60,000 they will be donated to Legal Aid at Work.

6. **Plaintiff and Class Counsel's Support of the Settlement:** Plaintiff as Class Representative and Class Counsel support the Settlement. Their reasons include issues such as the risk of a trial on the merits, the inherent delays and uncertainties associated with litigation, and the possibility that the Classes are not entitled to any recovery. Based on their experience litigating similar cases, Class Counsel believes that further proceedings, including a trial and probable appeals, would be expensive and protracted. No one can predict how the various legal questions at issue, including the amount of damages, would be resolved. Therefore, upon careful consideration, Class Counsel believes that the Settlement is fair, reasonable, and adequate.

## WHAT ARE MY RIGHTS AS A CLASS MEMBER?

1. **Participating in the Settlement:** Plaintiff as Class Representative and Class Counsel represent your interests as a Class Member. As a California Class Member, unless you opt out of the Settlement, you are a part of the Class, you will be bound by the terms of the Settlement and any final judgment that may be entered by the Court, and you will be deemed to have released the claims against Google, and the other Released Parties. As a member of the Class, you will not be responsible for the payment of attorneys' fees or reimbursement of litigation expenses unless you retain your own counsel, in which event you will be responsible for your own attorneys' fees and expenses. Consistent with Google policies, there will be no retaliation or adverse action taken against any Class Member who participates in or opts out of the Settlement.

2. **Change of Address:** It is your obligation to keep the Settlement Administrator informed of any changes in your mailing address until your Settlement Share is received, should final approval of the Settlement be granted. Failing to provide the Settlement Administrator with any change of your mailing address may prevent you from receiving your Settlement Share. You may contact the Settlement Administrator at 1-800-484-7622.

3. **Objecting to the Settlement:** If you do not timely submit an Exclusion Letter, you may object to the terms of the Settlement before final approval, by mailing your objection to: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164. Any written objection should state your full name, address, telephone number, and the reason for the objection. You may also appear or appear through counsel of your choice, paid at your own expense, and be heard at the time of the final approval hearing, if you wish to do so. If the Court overrules your objection, you will be bound by the Settlement and receive a Settlement Share.

## THE LAWYERS FOR THE PARTIES

### CLASS COUNSEL

NICHOLS KASTER, PLLP
Michele R. Fisher
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

NICHOLS KASTER, LLP
Daniel S. Brome
235 Montgomery St., Suite 810

San Francisco, CA 94104

ROSS SCALISE LAW GROUP, P.C.
Charles Scalise
1104 San Antonio Street
Austin, TX 78701

**GOOGLE'S COUNSEL**

PAUL HASTINGS LLP
Zachary P. Hutton
Eric Distelburger
101 California Street, 48th Floor
San Francisco, CA 94111

**DO NOT TELEPHONE THE COURT OR GOOGLE'S COUNSEL.**

### FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will also be asked to approve the requests for the Class Representative Payment and the Class Counsel Fees and Expenses Payment, along with the LWDA Payment.

The hearing may be postponed without further notice to the Class. **It is not necessary for you to appear at this hearing**, but you may appear at the hearing and be heard.

### GETTING MORE INFORMATION

The above is a summary of the Settlement. For more information, the pleadings and other records, including the Settlement Agreement, may be examined at the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612; or you may contact Class Counsel at (877) 448-0492 or the Settlement Administrator at 1-800-484-7622. Reference the *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement.

**DO NOT CONTACT THE COURT OR GOOGLE'S COUNSEL ABOUT THE SETTLEMENT.**

<<First Name>> <<Last Name>>

To:      All non-exempt employees of Google, LLC ("Google") who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

**PLEASE READ THIS NOTICE CAREFULLY**.

**IT MAY AFFECT YOUR LEGAL RIGHTS TO MONEY YOU MAY BE OWED IN CONNECTION WITH YOUR EMPLOYMENT BY GOOGLE. TO PARTICIPATE IN THE SETTLEMENT AND RECIVE YOUR SETTLEMENT SHARE OF YOU MUST SUBMIT A CONSENT TO JOIN BY JUNE 5, 2023 HERE.**

IF YOU WISH TO OBJECT TO THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.

PURSUANT TO THE ORDER OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA (THE "COURT") ENTERED ON MARCH 13, 2023, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

## WHAT IS THIS NOTICE ABOUT?

A proposed settlement (the "Settlement") has been reached between Cody Bowlay-Williams, ("Plaintiff") and Google, LLC ("Google" or "Defendant"), in the class action pending in the Court (the "Action") brought on behalf of the following individuals (the "Classes"):

1. All non-exempt employees of Defendant who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("California Class Members").
2. All non-exempt employees of Defendant who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("FLSA Collective Members").

The Court preliminarily approved the Settlement and conditionally certified the Classes for purposes of the Settlement. You received this Notice because Google's records indicate that you are a Fair Labor Standards Act "FLSA" Collective Member. This Notice informs you of how you can object to and/or participate in the Settlement.

## WHAT IS THIS LAWSUIT ABOUT?

The Action, which is pending in the United States District Court for the Northern District of California, is titled "*Cody Bowlay Williams, individually and on behalf of others similarly situated v. Google, LLC,*" Case No. 4:21-cv-09942-PJH (N.D. Cal.).

Plaintiff alleges that Defendant did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. As a result, Plaintiff further alleges Defendant failed to provide accurate wage statements and pay all wages due upon discharge. In addition, Plaintiff asserted that Defendant engaged in unlawful business practices.

Google denies that it engaged in unlawful activity, failed to comply with the law, or has any liability to anyone under the claims.

After good-faith negotiations, in which both sides recognized the risk of an uncertain outcome, Plaintiff and Defendant agreed to settle the claims that arise out of or relate to the allegations in the Action (the "Covered Claims").

The Settlement represents a compromise of highly disputed claims. Nothing in the Settlement is intended or will be construed as an admission by Defendant that Plaintiff's claims in the Action have merit or that it has any liability to Plaintiff or the proposed classes on those claims. On the contrary, Defendant denies any and all such liability, and maintains that it complied with all applicable laws.

The parties and their counsel concluded that the Settlement is advantageous, considering the risks and uncertainties of continued litigation. The parties and their counsel determined that the Settlement is fair, reasonable, and adequate and is in the best interests of the Class.

## WHAT WILL I RECEIVE FROM THE SETTLEMENT?

1. Google will pay a maximum of $8,369,000.00 as the Maximum Settlement Amount. The Maximum Settlement Amount will fund all payments to be made under the Settlement.
2. The "Net Settlement Amount" is the amount from the Maximum Settlement Amount that is available for distribution as Settlement Shares to Class Members after deductions for the Class Representative Payment, the Class Counsel Fees and Expenses Payment, the payment to the California Labor and Workforce Development Agency (the "LWDA") for its share of civil penalties under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA"), the PAGA Payment to California Class Members, and a contingency fund for errors and omissions in settlement allocations.
3. Out of the Net Settlement Amount, Google will pay a Settlement Share to each California Class Member who does not timely submit an Exclusion Letter, and to each FLSA Collective Member who timely submits a **Consent to Join**.
4. Each Class Member's Settlement Share represents your pro rata share of the Net Settlement Amount considering Google's records of your dates of employment, overtime hours worked, vested restricted stock units, and any sign-on bonus. The minimum awarded amount to any Class Member will be $50.
5. The amount of your calculated Settlement Share is . The Settlement Shares and other amounts awarded by the Court will be paid after final court approval of the Settlement, entry of the final judgment, and the exhaustion of all rights to appeal or review, or after any appeal or review has been resolved in favor of the Settlement.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?

As a member of the FLSA Collective, you must timely submit a **Consent to Join** by **June 5, 2023** to receive a Settlement check, which will be mailed after the Court grants final approval of the Settlement, the period for appeals has passed, and the Settlement becomes Final. By timely submitting a **Consent to Join** you are agreeing to join the Action and Settlement, and will be bound by the terms of the Settlement. FLSA Collective Members who do not timely submit a Consent to Join will be foreclosed from and be deemed to have waived their right to participate in the Action and the Settlement but will not waive any other rights to otherwise pursue any claims.

## WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

**FLSA Collective Members.** In consideration for their awarded Settlement Shares, as of the date the Settlement becomes Final, those FLSA Collective Members who have timely submitted a **Consent to Join** will waive and release all federal, state, municipal, and local law claims, including claims under the FLSA, for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Defendant and the Released Parties from December 22, 2018 through March 13, 2023.

## WHAT ARE THE OTHER TERMS OF THE SETTLEMENT?

1. **Class Representative Payment:** Plaintiff will seek approval from the Court for a payment of $3,000 in consideration of initiating and pursuing the Action, undertaking the risk of liability for attorneys' fees and expenses in the event he was unsuccessful, and granting the general release as part of the Settlement. This payment, which will be paid in addition to Plaintiff's Settlement Share, will be made out of the Maximum Settlement Amount.

2. **Class Counsel Fees and Expenses Payment:** As part of the final approval hearing, Class Counsel will request up to $2,092,250.00 for attorneys' fees (25% of the Maximum Settlement Amount) and not more than $16,700 for their expenses incurred in connection with their work in this case. Defendant does not oppose these payments. These amounts constitute full and complete compensation for all legal fees, costs, and expenses of Class Counsel in connection with the litigation and all work done through the completion of the litigation. Class Members will not be required to pay Class Counsel for any other attorneys' fees, costs or expenses out of their own pockets. Class Counsel's attorneys' fees and expenses as approved by the Court will be paid out of the Maximum Settlement Amount.

3. **LWDA Payment:** Out of the Maximum Settlement Amount, $50,000 will be allocated to the settlement of the PAGA claim for civil penalties (the "PAGA Allocation"). Of the PAGA Allocation, 75% or $37,500 will be paid to the LWDA (the "LWDA Payment"), and 25% or $12,500 will be included in the Net Settlement Amount, to be distributed to California Class Members, regardless of whether they request exclusion.

4. **Contingency Fund:** The Settlement Administrator will set aside $5,000 in a contingency fund, to cover any errors and omissions in settlement allocations. Any amounts remaining in the Contingency Fund after allocation of the Settlement shares will be donated to Legal Aid at Work.

5. **Second Disbursement of Uncashed Settlement Share Checks.** If uncashed Settlement checks for California Class members amount to more than $60,000, those funds will be redistributed pro rata based on Settlement Shares to California Class Members who timely cashed their settlement checks. If they do not exceed $60,000, they will be donated to Legal Aid at Work.

6. **Plaintiff and Class Counsel's Support of the Settlement:** Plaintiff as Class Representative and Class Counsel support the Settlement. Their reasons include issues such as the risk of a trial on the merits, the inherent delays and uncertainties associated with litigation, and the possibility that the Classes are not entitled to any recovery. Based on their experience litigating similar cases, Class Counsel believes that further proceedings, including a trial and probable appeals, would be expensive and protracted. No one can predict how the various legal questions at issue, including the amount of damages, would be resolved. Therefore, upon careful consideration, Class Counsel believes that the Settlement is fair, reasonable, and adequate.

## WHAT ARE MY RIGHTS AS A COLLECTIVE MEMBER?

1. **Participating in the Settlement:** As a FLSA Collective Member, if you timely submit a **Consent to Join** the Action and participate in the Settlement, you will be bound by the terms of the Settlement and any final judgment that may be entered by the Court, and you will be deemed to have released the claims against Google, and the other Released

Parties. As a member of the Collective, you will not be responsible for the payment of attorneys' fees or reimbursement of litigation expenses unless you retain your own counsel, in which event you will be responsible for your own attorneys' fees and expenses. Consistent with Google policies, there will be no retaliation or adverse action taken against any Collective Member who participates in or chooses not to participate in the Settlement.

2. **Change of Address:** It is your obligation to keep the Settlement Administrator informed of any changes in your mailing address until your Settlement Share is received, should final approval of the Settlement be granted. Failing to provide the Settlement Administrator with any change of your mailing address may prevent you from receiving your Settlement Share. You may contact the Settlement Administrator at 1-800-484-7622.

3. **Objecting to the Settlement:** Any FLSA Collective Member who timely submits a **Consent to Join** may object to the terms of the Settlement before final approval, by mailing your objection to: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164. Any written objection should state your full name, address, telephone number, and the reason for the objection. Provided you have timely submitted a **Consent to Join**, you may also appear or appear through counsel of your choice, paid at your own expense, and be heard at the time of the final approval hearing, if you wish to do so.

## THE LAWYERS FOR THE PARTIES

### CLASS COUNSEL
NICHOLS KASTER, PLLP
Michele R. Fisher
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

NICHOLS KASTER, LLP
Daniel S. Brome
235 Montgomery St., Suite 810
San Francisco, CA 94104

ROSS SCALISE LAW GROUP, P.C.
Charles Scalise
1104 San Antonio Street
Austin, TX 78701

### GOOGLE'S COUNSEL
PAUL HASTINGS LLP
Zachary P. Hutton
Eric Distelburger
101 California Street, 48th Floor
San Francisco, CA 94111

**DO NOT TELEPHONE THE COURT OR GOOGLE'S COUNSEL.**

## FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will also be asked to approve the requests for the Class Representative Payment and the Class Counsel Fees and Expenses Payment, along with the LWDA Payment.

The hearing may be postponed without further notice to the Class. **It is not necessary for you to appear at this hearing**, but you may appear at the hearing and be heard provided you have timely submitted a **Consent to Join**.

<u>**GETTING MORE INFORMATION**</u>

The above is a summary of the Settlement. For more information, the pleadings and other records, including the Settlement Agreement, may be examined at the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612; or you may contact Class Counsel at (877) 448-0492 or the Settlement Administrator at 1-800-484-7622. Reference the *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement.

**DO NOT CONTACT THE COURT OR GOOGLE'S COUNSEL ABOUT THE SETTLEMENT.**

**EXHIBIT B**

GOOGLE LLC WAGE AND HOUR SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

«claimant_id»_«seq_id»



«barcode_text»                    «seq_id»

«first_name» «middle_name» «last_name»
«address1» «address2»
«city» «state» «zip» «country»

---

### NOTICE OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT AND FINAL APPROVAL HEARING

To:     All non-exempt employees of Google, LLC ("Google") who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

---

### PLEASE READ THIS NOTICE CAREFULLY

IT MAY AFFECT YOUR LEGAL RIGHTS TO MONEY YOU MAY BE OWED IN CONNECTION WITH YOUR EMPLOYMENT BY GOOGLE. **IF YOU DO NOT WANT TO PARTICIPATE IN THE SETTLEMENT, YOU MUST MAIL TO THE SETTLEMENT ADMINISTRATOR A WRITTEN REQUEST FOR EXCLUSION, POSTMARKED NOT LATER THAN JUNE 5, 2023, OR ELSE YOU WILL BE BOUND BY THE SETTLEMENT.**

IF YOU WISH TO OBJECT TO OR REQUEST EXCLUSION FROM THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.

PURSUANT TO THE ORDER OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA (THE "COURT") ENTERED ON MARCH 13, 2023, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

### WHAT IS THIS NOTICE ABOUT?

A proposed settlement (the "Settlement") has been reached between Cody Bowlay-Williams, ("Plaintiff") and Google LLC ("Google" or "Defendant"), in the class action pending in the Court (the "Action") brought on behalf of the following individuals (the "Classes"):

«first_name» «middle_name» «last_name»

1. All non-exempt employees of Defendant who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("California Class Members").

2. All non-exempt employees of Defendant who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("FLSA Collective Members").

The Court preliminarily approved the Settlement and conditionally certified the Classes for purposes of the Settlement. You received this Notice because Google's records indicate that you are a California Class Member. This Notice informs you of how you can object to or opt out of the Settlement. Unless you opt out, the Settlement if finally approved by the Court will be binding upon you.

## WHAT IS THIS LAWSUIT ABOUT?

The Action, which is pending in the United States District Court for the Northern District of California, is titled "*Cody Bowlay Williams, individually and on behalf of others similarly situated v. Google, LLC,*" Case No. 4:21-cv-09942-PJH (N.D. Cal.).

Plaintiff alleges that Defendant did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. As a result, Plaintiff further alleges Defendant failed to provide accurate wage statements and pay all wages due upon discharge. In addition, Plaintiff asserted that Defendant engaged in unlawful business practices.

Google denies that it engaged in unlawful activity, failed to comply with the law, or has any liability to anyone under the claims.

After good-faith negotiations, in which both sides recognized the risk of an uncertain outcome, Plaintiff and Defendant agreed to settle the claims that arise out of or relate to the allegations in the Action (the "Covered Claims").

The Settlement represents a compromise of highly disputed claims. Nothing in the Settlement is intended or will be construed as an admission by Defendant that Plaintiff's claims in the Action have merit or that it has any liability to Plaintiff or the proposed classes on those claims. On the contrary, Defendant denies any and all such liability, and maintains that it complied with all applicable laws.

The parties and their counsel concluded that the Settlement is advantageous, considering the risks and uncertainties of continued litigation. The parties and their counsel determined that the Settlement is fair, reasonable, and adequate and is in the best interests of the Class.

## WHAT WILL I RECEIVE FROM THE SETTLEMENT?

1. Google will pay a maximum of $8,369,000.00 as the Maximum Settlement Amount. The Maximum Settlement Amount will fund all payments to be made under the Settlement.

2. The "Net Settlement Amount" is the amount from the Maximum Settlement Amount that is available for distribution as Settlement Shares to Class Members after deductions for the

Class Representative Payment, the Class Counsel Fees and Expenses Payment, the payment to the California Labor and Workforce Development Agency (the "LWDA") for its share of civil penalties under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA"), the PAGA Payment to California Class Members, and a contingency fund for errors and omissions in settlement allocations.

3. Out of the Net Settlement Amount, Google will pay a Settlement Share to each California Class Member who does not timely submit an Exclusion Letter, and to each FLSA Collective Member who timely cashes their Settlement check.

4. Each Class Member's Settlement Share represents your pro rata share of the Net Settlement Amount considering Google's records of your dates of employment, overtime hours worked, vested restricted stock units, and any sign-on bonus. The minimum awarded amount to any Class Member will be $50.

5. The amount of your calculated Settlement Share is **«Settlement_Alloc»**. The Settlement Shares and other amounts awarded by the Court will be paid after final court approval of the Settlement, entry of the final judgment, and the exhaustion of all rights to appeal or review, or after any appeal or review has been resolved in favor of the Settlement.

## HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

As a member of the California Class, you will be included in the Settlement and receive your proportional share of the Settlement unless you opt out by mailing to the Settlement Administrator a signed letter requesting exclusion ("Exclusion Letter"), postmarked no later than **June 5, 2023.** The Exclusion Letter must include your name, address, and telephone number, your signature, and indicate that you request to be excluded from the class action Settlement in the matter of *Bowlay-Williams v. Google LLC*. If you submit a signed Exclusion Letter by the deadline, you will be excluded from the Class Settlement (but not the PAGA Settlement, as explained below) and will not receive a Class Settlement Share, but you will receive a portion of the amount set aside as PAGA Civil Penalties, and you will retain the right you may have, if any, to pursue a claim against Defendant.

## WHAT IF I AM A MEMBER OF BOTH THE CALIFORNIA CLASS AND THE FLSA COLLECTIVE?

If you are a member of both the California Class and the FLSA Collective, you will be treated as a member of the California Class and you will be bound by the release of claims for California Class Members if you do not submit a Request for Exclusion.

## WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

**California Class Members.** In consideration for their awarded Settlement Shares, as of the date the Settlement becomes Final, all California Class Members (other than those California Class Members who timely and validly elected not to participate in the Settlement) will waive and release all federal, state, municipal, and local law claims for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Defendant and its past and present owners(s), officers, directors, managers, insurers, and

attorneys (collectively, "Released Parties") from December 22, 2017 through March 13, 2023.  In relation to the claims released above, the release will waive and release all claims for failure to provide accurate itemized wage statements, failure to timely pay wages, and claims brought under California Labor Code sections 201-203, 226, 510, 1194, 1198 and California Business and Professions Code sections 17200 et seq., the Industrial Welfare Commission Wage Orders, the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201 et seq. and any other related federal, state or municipal law (the "California Class Members' Released Claims").  In addition, all California Class Members, regardless of whether they opt-out of the Settlement, release any and all Claims for civil penalties under the California Labor Code Private Attorneys General Act of 2004 ("PAGA") related to the released claims, including claims under California Labor Code sections 201-203, 226, 510, 1194, 1198, and 2698 et seq.

## WHAT ARE THE OTHER TERMS OF THE SETTLMENT?

1. **Class Representative Payment:**  Plaintiff will seek approval from the Court for a payment of $3,000 in consideration of initiating and pursuing the Action, undertaking the risk of liability for attorneys' fees and expenses in the event he was unsuccessful, and granting the general release as part of the Settlement.  This payment, which will be paid in addition to Plaintiff's Settlement Share, will be made out of the Maximum Settlement Amount.

2. **Class Counsel Fees and Expenses Payment:**  As part of the final approval hearing, Class Counsel will request up to $2,092,250.00 for attorneys' fees (25% of the Maximum Settlement Amount) and not more than $16,700 for their expenses incurred in connection with their work in this case.  Defendant does not oppose these payments.  These amounts constitute full and complete compensation for all legal fees, costs, and expenses of Class Counsel in connection with the litigation and all work done through the completion of the litigation.  Class Members will not be required to pay Class Counsel for any other attorneys' fees, costs or expenses out of their own pockets.  Class Counsel's attorneys' fees and expenses as approved by the Court will be paid out of the Maximum Settlement Amount.

3. **LWDA Payment:** Out of the Maximum Settlement Amount, $50,000 will be allocated to the settlement of the PAGA claim for civil penalties (the "PAGA Allocation").  Of the PAGA Allocation, 75% or $37,500 will be paid to the LWDA (the "LWDA Payment"), and 25% or $12,500 will be included in the Net Settlement Amount, to be distributed to California Class Members, regardless of whether they request exclusion.

4. **Contingency Fund**:  The Settlement Administrator will set aside $5,000 in a contingency fund, to cover any errors and omissions in settlement allocations.  Any amounts remaining in the Contingency Fund after allocation of the Settlement shares will be donated to Legal Aid at Work.

5. **Second Disbursement of Uncashed Settlement Share Checks**.  If uncashed Settlement checks for California Class Members amount to more than $60,000, those funds will be redistributed pro rata based on Settlement Shares to California Class Members who timely cashed their Settlement checks.  If they do not exceed $60,000 they will be donated to Legal Aid at Work.

6. **Plaintiff and Class Counsel's Support of the Settlement:**    Plaintiff as Class Representative and Class Counsel support the Settlement.  Their reasons include issues

such as the risk of a trial on the merits, the inherent delays and uncertainties associated with litigation, and the possibility that the Classes are not entitled to any recovery. Based on their experience litigating similar cases, Class Counsel believes that further proceedings, including a trial and probable appeals, would be expensive and protracted. No one can predict how the various legal questions at issue, including the amount of damages, would be resolved. Therefore, upon careful consideration, Class Counsel believes that the Settlement is fair, reasonable, and adequate.

## WHAT ARE MY RIGHTS AS A CLASS MEMBER?

1. **Participating in the Settlement:** Plaintiff as Class Representative and Class Counsel represent your interests as a Class Member. As a California Class Member, unless you opt out of the Settlement, you are a part of the Class, you will be bound by the terms of the Settlement and any final judgment that may be entered by the Court, and you will be deemed to have released the claims against Google, and the other Released Parties. As a member of the Class, you will not be responsible for the payment of attorneys' fees or reimbursement of litigation expenses unless you retain your own counsel, in which event you will be responsible for your own attorneys' fees and expenses.

   Consistent with Google policies, there will be no retaliation or adverse action taken against any Class Member who participates in or opts out of the Settlement.

2. **Change of Address:** It is your obligation to keep the Settlement Administrator informed of any changes in your mailing address until your Settlement Share is received, should final approval of the Settlement be granted. Failing to provide the Settlement Administrator with any change of your mailing address may prevent you from receiving your Settlement Share. You may contact the Settlement Administrator at 1-800-484-7622.

3. **Objecting to the Settlement:** If you do not timely submit an Exclusion Letter, you may object to the terms of the Settlement before final approval, by mailing your objection to: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164.

Any written objection should state your full name, address, telephone number, and the reason for the objection. You may also appear or appear through counsel of your choice, paid at your own expense, and be heard at the time of the final approval hearing, if you wish to do so.

If the Court overrules your objection, you will be bound by the Settlement and receive a Settlement Share.

## THE LAWYERS FOR THE PARTIES

**CLASS COUNSEL**

NICHOLS KASTER, PLLP
Michele R. Fisher
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

NICHOLS KASTER, LLP
Daniel S. Brome
235 Montgomery St., Suite 810
San Francisco, CA 94104

ROSS SCALISE LAW GROUP, P.C.
Charles Scalise
1104 San Antonio Street
Austin, TX 78701

**GOOGLE'S COUNSEL**

PAUL HASTINGS LLP
Zachary P. Hutton
Eric Distelburger
101 California Street, 48th Floor
San Francisco, CA 94111

**DO NOT TELEPHONE THE COURT OR GOOGLE'S COUNSEL**.

## FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will also be asked to approve the requests for the Class Representative Payment and the Class Counsel Fees and Expenses Payment, along with the LWDA Payment.

The hearing may be postponed without further notice to the Class. **It is not necessary for you to appear at this hearing**, but you may appear at the hearing and be heard.

## GETTING MORE INFORMATION

The above is a summary of the Settlement. For more information, the pleadings and other records, including the Settlement Agreement, may be examined at the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612; or you may contact Class Counsel at 1-877-448-0492 or the Settlement Administrator at 1-800-484-7622. Reference the *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement.

**DO NOT CONTACT THE COURT OR GOOGLE'S COUNSEL ABOUT THE SETTLEMENT.**

GOOGLE LLC WAGE AND HOUR SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

«claimant_id»_«seq_id»



«barcode_text»          «seq_id»

«first_name» «middle_name» «last_name»
«address1» «address2»
«city» «state» «zip» «country»

---

**NOTICE OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT
AND FINAL APPROVAL HEARING**

To:    All non-exempt employees of Google, LLC ("Google") who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

---

**PLEASE READ THIS NOTICE CAREFULLY**

IT MAY AFFECT YOUR LEGAL RIGHTS TO MONEY YOU MAY BE OWED IN CONNECTION WITH YOUR EMPLOYMENT BY GOOGLE. **TO PARTICIPATE IN THE SETTLEMENT AND RECEIVE YOUR SETTLEMENT SHARE OF «SETTLEMENT_ALLOC» YOU MUST SUBMIT A CONSENT TO JOIN BY JUNE 5, 2023.**

IF YOU WISH TO OBJECT TO THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.

PURSUANT TO THE ORDER OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA (THE "COURT") ENTERED ON MARCH 13, 2023, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

## WHAT IS THIS NOTICE ABOUT?

A proposed settlement (the "Settlement") has been reached between Cody Bowlay-Williams, ("Plaintiff") and Google, LLC ("Google" or "Defendant"), in the class action pending in the Court (the "Action") brought on behalf of the following individuals (the "Classes"):

«first_name» «middle_name» «last_name»

1.  All non-exempt employees of Defendant who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("California Class Members").

2.  All non-exempt employees of Defendant who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("FLSA Collective Members").

The Court preliminarily approved the Settlement and conditionally certified the Classes for purposes of the Settlement. You received this Notice because Google's records indicate that you are a Fair Labor Standards Act "FLSA" Collective Member. This Notice informs you of how you can object to and/or participate in the Settlement.

## WHAT IS THIS LAWSUIT ABOUT?

The Action, which is pending in the United States District Court for the Northern District of California, is titled "*Cody Bowlay-Williams, individually and on behalf of others similarly situated v. Google, LLC,*" Case No. 4:21-cv-09942-PJH (N.D. Cal.).

Plaintiff alleges that Defendant did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. As a result, Plaintiff further alleges Defendant failed to provide accurate wage statements and pay all wages due upon discharge. In addition, Plaintiff asserted that Defendant engaged in unlawful business practices.

Google denies that it engaged in unlawful activity, failed to comply with the law, or has any liability to anyone under the claims.

After good-faith negotiations, in which both sides recognized the risk of an uncertain outcome, Plaintiff and Defendant agreed to settle the claims that arise out of or relate to the allegations in the Action (the "Covered Claims").

The Settlement represents a compromise of highly disputed claims. Nothing in the Settlement is intended or will be construed as an admission by Defendant that Plaintiff's claims in the Action have merit or that it has any liability to Plaintiff or the proposed classes on those claims. On the contrary, Defendant denies any and all such liability, and maintains that it complied with all applicable laws.

The parties and their counsel concluded that the Settlement is advantageous, considering the risks and uncertainties of continued litigation. The parties and their counsel determined that the Settlement is fair, reasonable, and adequate and is in the best interests of the Class.

## WHAT WILL I RECEIVE FROM THE SETTLEMENT?

1.  Google will pay a maximum of $8,369,000.00 as the Maximum Settlement Amount. The Maximum Settlement Amount will fund all payments to be made under the Settlement.

2.  The "Net Settlement Amount" is the amount from the Maximum Settlement Amount that is available for distribution as Settlement Shares to Class Members after deductions for the Class Representative Payment, the Class Counsel Fees and Expenses Payment, the

payment to the California Labor and Workforce Development Agency (the "LWDA") for its share of civil penalties under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA"), the PAGA Payment to California Class Members, and a contingency fund for errors and omissions in Settlement allocations.

3. Out of the Net Settlement Amount, Google will pay a Settlement Share to each California Class Member who does not timely submit an Exclusion Letter, and to each FLSA Collective Member who timely submits a Consent to Join.

4. Each Class Member's Settlement Share represents your pro rata share of the Net Settlement Amount considering Google's records of your dates of employment, overtime hours worked, vested restricted stock units, and any sign-on bonus. The minimum awarded amount to any Class Member will be $50.

5. The amount of your calculated Settlement Share is **«Settlement Alloc»**. The Settlement Shares and other amounts awarded by the Court will be paid after final court approval of the Settlement, entry of the final judgment, and the exhaustion of all rights to appeal or review, or after any appeal or review has been resolved in favor of the Settlement.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?

As a member of the FLSA Collective, you must timely submit a Consent to Join by **June 5, 2023** to receive a Settlement check, which will be mailed after the Court grants final approval of the Settlement, the period for appeals has passed, and the Settlement becomes Final. By timely submitting a Consent to Join you are agreeing to join the Action and Settlement and will be bound by the terms of the Settlement. FLSA Collective Members who do not timely submit a Consent to Join will be foreclosed from and be deemed to have waived their right to participate in the Action and the Settlement but will not waive any other rights to otherwise pursue any claims.

## WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

**FLSA Collective Members.** In consideration for their awarded Settlement Shares, as of the date the Settlement becomes Final, those FLSA Collective Members who have timely submitted a Consent to Join will waive and release all federal, state, municipal, and local law claims, including claims under the FLSA, for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Defendant and the Released Parties from December 22, 2018 through March 13, 2023.

## WHAT ARE THE OTHER TERMS OF THE SETTLEMENT?

1. **Class Representative Payment:** Plaintiff will seek approval from the Court for a payment of $3,000 in consideration of initiating and pursuing the Action, undertaking the risk of liability for attorneys' fees and expenses in the event he was unsuccessful, and granting the general release as part of the Settlement. This payment, which will be paid in addition to Plaintiff's Settlement Share, will be made out of the Maximum Settlement Amount.

2. **Class Counsel Fees and Expenses Payment:**  As part of the final approval hearing, Class Counsel will request up to $2,092,250.00 for attorneys' fees (25% of the Maximum Settlement Amount) and not more than $16,700 for their expenses incurred in connection with their work in this case.  Defendant does not oppose these payments.  These amounts constitute full and complete compensation for all legal fees, costs, and expenses of Class Counsel in connection with the litigation and all work done through the completion of the litigation.  Class Members will not be required to pay Class Counsel for any other attorneys' fees, costs or expenses out of their own pockets.  Class Counsel's attorneys' fees and expenses as approved by the Court will be paid out of the Maximum Settlement Amount.

3. **LWDA Payment:** Out of the Maximum Settlement Amount, $50,000 will be allocated to the settlement of the PAGA claim for civil penalties (the "PAGA Allocation").  Of the PAGA Allocation, 75% or $37,500 will be paid to the LWDA (the "LWDA Payment"), and 25% or $12,500 will be included in the Net Settlement Amount, to be distributed to California Class Members, regardless of whether they request exclusion.

4. **Contingency Fund**:  The Settlement Administrator will set aside $5,000 in a contingency fund, to cover any errors and omissions in Settlement allocations.  Any amounts remaining in the Contingency Fund after allocation of the Settlement Shares will be donated to Legal Aid at Work.

5. **Second Disbursement of Uncashed Settlement Share Checks.**  If uncashed Settlement checks for California Class Members amount to more than $60,000, those funds will be redistributed pro rata based on Settlement Shares to California Class Members who timely cashed their Settlement checks.  If they do not exceed $60,000, they will be donated to Legal Aid at Work.

6. **Plaintiff and Class Counsel's Support of the Settlement:**  Plaintiff as Class Representative and Class Counsel support the Settlement.  Their reasons include issues such as the risk of a trial on the merits, the inherent delays and uncertainties associated with litigation, and the possibility that the Classes are not entitled to any recovery.  Based on their experience litigating similar cases, Class Counsel believes that further proceedings, including a trial and probable appeals, would be expensive and protracted.  No one can predict how the various legal questions at issue, including the amount of damages, would be resolved.  Therefore, upon careful consideration, Class Counsel believes that the Settlement is fair, reasonable, and adequate.

## WHAT ARE MY RIGHTS AS A COLLECTIVE MEMBER?

1. **Participating in the Settlement:**  As a FLSA Collective Member, if you timely submit a Consent to Join the Action and participate in the Settlement, you will be bound by the terms of the Settlement and any final judgment that may be entered by the Court, and you will be deemed to have released the claims against Google, and the other Released Parties.  As a member of the Collective, you will not be responsible for the payment of attorneys' fees or reimbursement of litigation expenses unless you retain your own counsel, in which event you will be responsible for your own attorneys' fees and expenses.

Consistent with Google policies, there will be no retaliation or adverse action taken against any Collective Member who participates in or chooses not to participate in the Settlement.

2. **Change of Address:** It is your obligation to keep the Settlement Administrator informed of any changes in your mailing address until your Settlement Share is received, should final approval of the Settlement be granted. Failing to provide the Settlement Administrator with any change of your mailing address may prevent you from receiving your Settlement Share. You may contact the Settlement Administrator at 1-800-484-7622.

3. **Objecting to the Settlement:** Any FLSA Collective Member who timely submits a Consent to Join may object to the terms of the Settlement before final approval, by mailing your objection to: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164.

Any written objection should state your full name, address, telephone number, and the reason for the objection. Provided you have timely submitted a Consent to Join, you may also appear or appear through counsel of your choice, paid at your own expense, and be heard at the time of the final approval hearing, if you wish to do so.

## THE LAWYERS FOR THE PARTIES

| CLASS COUNSEL | GOOGLE'S COUNSEL |
|---|---|
| NICHOLS KASTER, PLLP | PAUL HASTINGS LLP |
| Michele R. Fisher | Zachary P. Hutton |
| 4700 IDS Center | Eric Distelburger |
| 80 South 8th Street | 101 California Street, 48th Floor |
| Minneapolis, MN 55402 | San Francisco, CA 94111 |

NICHOLS KASTER, LLP
Daniel S. Brome
235 Montgomery St., Suite 810
San Francisco, CA 94104

ROSS SCALISE LAW GROUP, P.C.
Charles Scalise
1104 San Antonio Street
Austin, TX 78701

**DO NOT TELEPHONE THE COURT OR GOOGLE'S COUNSEL**.

## FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will also be asked to approve the requests for the Class Representative Payment and the Class Counsel Fees and Expenses Payment, along with the LWDA Payment.

The hearing may be postponed without further notice to the Class. **It is not necessary for you to appear at this hearing**, but you may appear at the hearing and be heard provided you have timely submitted a Consent to Join.

«claimant_id»_«seq_id»

## GETTING MORE INFORMATION

The above is a summary of the Settlement.  For more information, the pleadings and other records, including the Settlement Agreement, may be examined at the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612; or you may contact Class Counsel at 1-877-448-0492 or the Settlement Administrator at 1-800-484-7622.  Reference the *Bowlay-Williams v. Google LLC* Wage and Hour Settlement.

**DO NOT CONTACT THE COURT OR GOOGLE'S COUNSEL ABOUT THE SETTLEMENT.**

«first_name» «middle_name» «last_name»

«claimant_id»_«seq_id»

## CONSENT TO JOIN

*Bowlay-Williams, individually and on behalf of others similarly situated v. Google, LLC*
Case No. 4:21-cv-09942-PJH (N.D. Cal.)

_____

1.  I consent to opt in to the above referenced overtime Action and participate in the Settlement, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., to receive my Settlement Share of **«Settlement_Alloc»**.

2.  By opting in to the Action and participating in the Settlement, I agree to be bound by the Settlement and to release claims against Google, as described in the Notice of Proposed Class and Collective Action Settlement that I received.

Date: _____

_____
Signature
«first_name» «last_name»

_____
Address

_____
City, State, Zip

_____
Phone Number

_____
Email

| Complete Consent to Join by scanning below with phone camera: | Or return Consent to Join by fax, email, or mail in the postage prepaid envelope to: |
|---|---|
| **«URL QR Code»** | Bowlay-Williams v. Google, LLC Wage & Hour Settlement c/o Atticus Administration P.O. Box 64053 St. Paul, MN 55164 Email: googlewageandhour@atticusadmin.com Fax: 1-888-326-6411 |

**CONSENT TO JOIN MUST BE SUBMITTED OR POSTMARKED BY <u>JUNE 5, 2023</u> TO PARTICIPATE IN THE SETTLEMENT AND RECEIVE YOUR SETTLEMENT SHARE**

«first_name» «middle_name» «last_name»

**EXHIBIT C**

**COURT-AUTHORIZED REMINDER**

To: All non-exempt employees of Google, LLC who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

# IMPORTANT REMINDER OF DEADLINE TO JOIN BY JUNE 5, 2023

Google Wage and Hour Settlement
Atticus Administration
P.O. Box 64053
St. Paul, MN 55164



<<FIRST>> <<LAST NAME>>
<<ADDRESS>> << ADDRESS 2>>
<<CITY>> <<STATE>> << ZIP>>

*Bowlay-Williams, individually and on behalf of others similarly situated v. Google, LLC*
Case No. 4:21-cv-09942-PJH (N.D. Cal.)

1. I consent to opt in to the above referenced overtime Action and participate in the Settlement, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., to receive my settlement share of **$<Sett_Alloc>**.

2. By opting in to the Action and participating in the Settlement, I agree to be bound by the Settlement and to release claims against Google, as described in the Notice of Proposed Class and Collective Action Settlement that I received.

Date: _____            _____

                                            Signature    <<First>> <<Last>>

_____

Street Address, City, State, Zip

_____            _____

Phone Number                                 Email

| **Complete Consent to Join by scanning below with phone camera:** | **Or return Consent to Join by fax, email, or mail postcard to:** Bowlay-Williams v. Google, LLC Wage & Hour Settlement c/o Atticus Administration P.O. Box 64053 St. Paul, MN 55164 Email: GoogleWageAndHour@atticusadmin.com Fax: 1-888-326-6411 |
|---|---|
| <<URL QR Code>> | |

**CONSENT TO JOIN MUST BE SUBMITTED OR POSTMARKED BY JUNE 5, 2023 TO PARTICIPATE IN THE SETTLEMENT AND RECEIVE YOUR SETTLEMENT SHARE**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

A proposed Settlement was reached in *Cody Bowlay Williams, et. al v. Google, LLC* ("Google"), No. 4:21-cv-09942-PJH (N.D. Cal.). The Action alleges that Google LLC did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. Google denies that it failed to comply with the law, engaged in unlawful activity, or has any liability to anyone under the claims.

The Court preliminarily approved the Settlement and conditionally certified a California Class and a Fair Labor Standards Act ("FLSA") Collective for purposes of the Settlement. You received this notice because Google's records indicate that you are a FLSA Collective Member. You should have previously received a detailed Notice of Proposed Class and Collective Action Settlement by mail and email. Please refer to it for more information about your rights, or you can request a copy from Atticus Administration at 1-800-484-7622 or GoogleWageAndHour@atticusadmin.com.

If you submit a Consent to Join by **June 5, 2023** you will receive a settlement check after the Court grants final approval of the Settlement, the period for appeals has passed, and the Settlement becomes Final. By timely submitting a Consent to Join you are agreeing to join the Action and participate in the Settlement and will be bound by the terms of the Settlement. FLSA Collective Members who do not timely submit a Consent to Join will be foreclosed from and be deemed to have waived their right to participate in the Action and the Settlement but will not waive any other rights to otherwise pursue any claims. Upon submitting the Consent to Join, you will waive and release all federal, state, municipal, and local law claims, including claims under the FLSA, for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Google and the Released Parties from December 22, 2018 through March 13, 2023.

You may object to the Settlement by mailing your objection to: Bowlay-Williams v. Google, LLC Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164 and/or may object or appear at the final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the U.S. District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 274   MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164-9996

**EXHIBIT D**

<<First Name>> <<Last Name>>

To:     All non-exempt employees of Google, LLC ("Google") who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period.

**PLEASE READ THIS NOTICE CAREFULLY**.

**IT MAY AFFECT YOUR LEGAL RIGHTS TO MONEY YOU MAY BE OWED IN CONNECTION WITH YOUR EMPLOYMENT BY GOOGLE. TO PARTICIPATE IN THE SETTLEMENT AND RECIVE YOUR SETTLEMENT SHARE OF YOU MUST SUBMIT A CONSENT TO JOIN BY JUNE 5, 2023 HERE.**

IF YOU WISH TO OBJECT TO THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.

PURSUANT TO THE ORDER OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA (THE "COURT") ENTERED ON MARCH 13, 2023, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

## WHAT IS THIS NOTICE ABOUT?

A proposed settlement (the "Settlement") has been reached between Cody Bowlay-Williams, ("Plaintiff") and Google, LLC ("Google" or "Defendant"), in the class action pending in the Court (the "Action") brought on behalf of the following individuals (the "Classes"):

1. All non-exempt employees of Defendant who worked in California at any time from December 22, 2017 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("California Class Members").
2. All non-exempt employees of Defendant who worked in the United States, but outside of California, at any time from December 22, 2018 through June 5, 2022, who were awarded restricted stock units that vested at any time during that period and/or who received a sign-on bonus during that period ("FLSA Collective Members").

The Court preliminarily approved the Settlement and conditionally certified the Classes for purposes of the Settlement. You received this Notice because Google's records indicate that you are a Fair Labor Standards Act "FLSA" Collective Member. This Notice informs you of how you can object to and/or participate in the Settlement.

## WHAT IS THIS LAWSUIT ABOUT?

The Action, which is pending in the United States District Court for the Northern District of California, is titled "*Cody Bowlay Williams, individually and on behalf of others similarly situated v. Google, LLC,*" Case No. 4:21-cv-09942-PJH (N.D. Cal.).

Plaintiff alleges that Defendant did not pay proper overtime wages by failing to include in the regular rate of pay vested restricted stock unit awards and sign-on bonuses. As a result, Plaintiff further alleges Defendant failed to provide accurate wage statements and pay all wages due upon discharge. In addition, Plaintiff asserted that Defendant engaged in unlawful business practices.

Google denies that it engaged in unlawful activity, failed to comply with the law, or has any liability to anyone under the claims.

After good-faith negotiations, in which both sides recognized the risk of an uncertain outcome, Plaintiff and Defendant agreed to settle the claims that arise out of or relate to the allegations in the Action (the "Covered Claims").

The Settlement represents a compromise of highly disputed claims. Nothing in the Settlement is intended or will be construed as an admission by Defendant that Plaintiff's claims in the Action have merit or that it has any liability to Plaintiff or the proposed classes on those claims. On the contrary, Defendant denies any and all such liability, and maintains that it complied with all applicable laws.

The parties and their counsel concluded that the Settlement is advantageous, considering the risks and uncertainties of continued litigation. The parties and their counsel determined that the Settlement is fair, reasonable, and adequate and is in the best interests of the Class.

## WHAT WILL I RECEIVE FROM THE SETTLEMENT?

1. Google will pay a maximum of $8,369,000.00 as the Maximum Settlement Amount. The Maximum Settlement Amount will fund all payments to be made under the Settlement.
2. The "Net Settlement Amount" is the amount from the Maximum Settlement Amount that is available for distribution as Settlement Shares to Class Members after deductions for the Class Representative Payment, the Class Counsel Fees and Expenses Payment, the payment to the California Labor and Workforce Development Agency (the "LWDA") for its share of civil penalties under the California Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA"), the PAGA Payment to California Class Members, and a contingency fund for errors and omissions in settlement allocations.
3. Out of the Net Settlement Amount, Google will pay a Settlement Share to each California Class Member who does not timely submit an Exclusion Letter, and to each FLSA Collective Member who timely submits a **Consent to Join**.
4. Each Class Member's Settlement Share represents your pro rata share of the Net Settlement Amount considering Google's records of your dates of employment, overtime hours worked, vested restricted stock units, and any sign-on bonus. The minimum awarded amount to any Class Member will be $50.
5. The amount of your calculated Settlement Share is . The Settlement Shares and other amounts awarded by the Court will be paid after final court approval of the Settlement, entry of the final judgment, and the exhaustion of all rights to appeal or review, or after any appeal or review has been resolved in favor of the Settlement.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?

As a member of the FLSA Collective, you must timely submit a **Consent to Join** by **June 5, 2023** to receive a Settlement check, which will be mailed after the Court grants final approval of the Settlement, the period for appeals has passed, and the Settlement becomes Final. By timely submitting a **Consent to Join** you are agreeing to join the Action and Settlement, and will be bound by the terms of the Settlement. FLSA Collective Members who do not timely submit a Consent to Join will be foreclosed from and be deemed to have waived their right to participate in the Action and the Settlement but will not waive any other rights to otherwise pursue any claims.

## WHAT CLAIMS ARE BEING RELEASED AS PART OF THE SETTLEMENT?

**FLSA Collective Members.** In consideration for their awarded Settlement Shares, as of the date the Settlement becomes Final, those FLSA Collective Members who have timely submitted a **Consent to Join** will waive and release all federal, state, municipal, and local law claims, including claims under the FLSA, for overtime due based on not including sign-on bonuses in the regular rate, and overtime due based on not including restricted stock units in the regular rate, along with liquidated damages, penalties, attorneys' fees, and costs on those claims, against Defendant and the Released Parties from December 22, 2018 through March 13, 2023.

## **WHAT ARE THE OTHER TERMS OF THE SETTLEMENT?**

1. **Class Representative Payment:** Plaintiff will seek approval from the Court for a payment of $3,000 in consideration of initiating and pursuing the Action, undertaking the risk of liability for attorneys' fees and expenses in the event he was unsuccessful, and granting the general release as part of the Settlement. This payment, which will be paid in addition to Plaintiff's Settlement Share, will be made out of the Maximum Settlement Amount.

2. **Class Counsel Fees and Expenses Payment:** As part of the final approval hearing, Class Counsel will request up to $2,092,250.00 for attorneys' fees (25% of the Maximum Settlement Amount) and not more than $16,700 for their expenses incurred in connection with their work in this case. Defendant does not oppose these payments. These amounts constitute full and complete compensation for all legal fees, costs, and expenses of Class Counsel in connection with the litigation and all work done through the completion of the litigation. Class Members will not be required to pay Class Counsel for any other attorneys' fees, costs or expenses out of their own pockets. Class Counsel's attorneys' fees and expenses as approved by the Court will be paid out of the Maximum Settlement Amount.

3. **LWDA Payment:** Out of the Maximum Settlement Amount, $50,000 will be allocated to the settlement of the PAGA claim for civil penalties (the "PAGA Allocation"). Of the PAGA Allocation, 75% or $37,500 will be paid to the LWDA (the "LWDA Payment"), and 25% or $12,500 will be included in the Net Settlement Amount, to be distributed to California Class Members, regardless of whether they request exclusion.

4. **Contingency Fund**: The Settlement Administrator will set aside $5,000 in a contingency fund, to cover any errors and omissions in settlement allocations. Any amounts remaining in the Contingency Fund after allocation of the Settlement shares will be donated to Legal Aid at Work.

5. **Second Disbursement of Uncashed Settlement Share Checks.** If uncashed Settlement checks for California Class members amount to more than $60,000, those funds will be redistributed pro rata based on Settlement Shares to California Class Members who timely cashed their settlement checks. If they do not exceed $60,000, they will be donated to Legal Aid at Work.

6. **Plaintiff and Class Counsel's Support of the Settlement:** Plaintiff as Class Representative and Class Counsel support the Settlement. Their reasons include issues such as the risk of a trial on the merits, the inherent delays and uncertainties associated with litigation, and the possibility that the Classes are not entitled to any recovery. Based on their experience litigating similar cases, Class Counsel believes that further proceedings, including a trial and probable appeals, would be expensive and protracted. No one can predict how the various legal questions at issue, including the amount of damages, would be resolved. Therefore, upon careful consideration, Class Counsel believes that the Settlement is fair, reasonable, and adequate.

## **WHAT ARE MY RIGHTS AS A COLLECTIVE MEMBER?**

1. **Participating in the Settlement:** As a FLSA Collective Member, if you timely submit a **Consent to Join** the Action and participate in the Settlement, you will be bound by the terms of the Settlement and any final judgment that may be entered by the Court, and you will be deemed to have released the claims against Google, and the other Released

Parties. As a member of the Collective, you will not be responsible for the payment of attorneys' fees or reimbursement of litigation expenses unless you retain your own counsel, in which event you will be responsible for your own attorneys' fees and expenses. Consistent with Google policies, there will be no retaliation or adverse action taken against any Collective Member who participates in or chooses not to participate in the Settlement.

2. **Change of Address:** It is your obligation to keep the Settlement Administrator informed of any changes in your mailing address until your Settlement Share is received, should final approval of the Settlement be granted. Failing to provide the Settlement Administrator with any change of your mailing address may prevent you from receiving your Settlement Share. You may contact the Settlement Administrator at 1-800-484-7622.

3. **Objecting to the Settlement:** Any FLSA Collective Member who timely submits a **Consent to Join** may object to the terms of the Settlement before final approval, by mailing your objection to: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement, c/o Atticus Administration, P.O. Box 64053, St. Paul, MN 55164. Any written objection should state your full name, address, telephone number, and the reason for the objection. Provided you have timely submitted a **Consent to Join**, you may also appear or appear through counsel of your choice, paid at your own expense, and be heard at the time of the final approval hearing, if you wish to do so.

## THE LAWYERS FOR THE PARTIES

### CLASS COUNSEL
NICHOLS KASTER, PLLP
Michele R. Fisher
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

NICHOLS KASTER, LLP
Daniel S. Brome
235 Montgomery St., Suite 810
San Francisco, CA 94104

ROSS SCALISE LAW GROUP, P.C.
Charles Scalise
1104 San Antonio Street
Austin, TX 78701

### GOOGLE'S COUNSEL
PAUL HASTINGS LLP
Zachary P. Hutton
Eric Distelburger
101 California Street, 48th Floor
San Francisco, CA 94111

## DO NOT TELEPHONE THE COURT OR GOOGLE'S COUNSEL.

## FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a final approval hearing on July 27, 2023, at 1:30 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will also be asked to approve the requests for the Class Representative Payment and the Class Counsel Fees and Expenses Payment, along with the LWDA Payment.

The hearing may be postponed without further notice to the Class. **It is not necessary for you to appear at this hearing**, but you may appear at the hearing and be heard provided you have timely submitted a **Consent to Join**.

### **GETTING MORE INFORMATION**

The above is a summary of the Settlement. For more information, the pleadings and other records, including the Settlement Agreement, may be examined at the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612; or you may contact Class Counsel at (877) 448-0492 or the Settlement Administrator at 1-800-484-7622. Reference the *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement.

**DO NOT CONTACT THE COURT OR GOOGLE'S COUNSEL ABOUT THE SETTLEMENT.**

**EXHIBIT E**

RECEIVED APR 2 5 2023          4165490



**San Jose CA 95124**

Email: ▮▮▮▮▮▮▮▮

Bowlay-Williams v. Google LLC
Wage & Hour Settlement
c/o Atticus Administrator
P O Box 64053
St. Paul, MN 55164

TO WHOM IT MAY CONCERN:

Re:    Notice of Proposed Class and Collective Action Settlement in
       Bowlay-Williams, et al v. Google LLC

I do <u>not</u> want to participate in the above-mentioned class action suit because
I have executed my severance package agreement.

APRIL 9, 2023

POSTAGE PAID
A LETTER
PITOLA, CA
010 06 23
003301 2-12
$6.50

7022 3330 0001 9640 2534



Bawlay - Williams v. Google
          Wage & Hour Settlement
c/o Atticus Administrator
     PO Box 64053
     ST PAUL, MN 55164

**RECEIVED MAY 0 8 2023**

4169096

Exclusion Letter

Please remove me, ▮▮▮▮▮ from the class action settlement in the matter of Bowlay-Williams v. Google LLC.  I would like to be excluded from this class action suit, I do not wish to participate.

Name: ▮▮▮▮▮
Address: ▮▮▮▮▮ Mountain View, CA 94040
Phone number: ▮▮▮▮▮

Thank you.





7021 1970 0001 3943 4089

Bowlay-Williams v. Google; LLC
Wage and Hour Settlement
c/o Atticus Administration
PO Box 64053
St. Paul, MN
55164

55164-005353

**RECEIVED MAY 1 1 2023**

4167213

May 8, 2023

Bowlay-Williams v. Google, LLC Wage and Hour Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

Re: Bowlay-Williams et. al v. Google LLC
Case No. 4:21-cv-09942-PJH (N.D. Cal.)

To Whom It May Concern,

The purpose of this letter is to formally notify you that I am formally requesting to be excluded
from the class action settlement Case No. 4:21-cv-09942-PJH (N.D. Cal.) defined as
Bowlay-Williams v. Google, LLC Wage and Hour Settlement.

Excluded party contact details:

█████████████

Campbell, CA 95008
██████████

Thank you,

█████████████████




U.S. POSTAGE PAID
PM
CAMPBELL, CA
95008
MAY 08, 23
AMOUNT
**$17.15**
R2303S101678-09

RDC 20        55164

**IRMLY TO SEAL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



**UNITED STAT**
**POSTAL SERVI**

7022 2410 0000 7457 1374

**FROM:**

delivery date specified for domestic use.

shipments include $100 of insurance (restrictions apply).*

cking® service included for domestic and many international destinations.

nternational insurance.**

ed internationally, a customs declaration form is required.

es not cover certain items. For details regarding claims exclusions see the
Manual at *http://pe.usps.com*.

ional Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**RATE ENVELOPE**
■ ANY WEIGHT

**KED ■ INSURED**



EP14F July 2022

**TO:**

To schedule free Package Pi
scan the QR code.



Boulay-Williams v. Google LLC
Wage and Hour Settlement
C/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

exclusion Letter

RECEIVED MAY 1 5 2023   4167852

Burlingame, CA, 94010

I request to be excluded from the class action Settlement in the matter of Bouilay-Williams v. Google LLC.

5/8/2023





FOREVER USA

Google LLC Wage and hour Settlement
C/O Atticus Administration
PO Box 64053
Saint Paul, MN, 55164

**RECEIVED MAY 2 4 2023**

4170030

█████████████

San Francisco, CA 94158

█████████

Paul Hastings LLP
Zachary P. Hutton
Eric Distelburger
101 California Street 48th Floor
San Francisco, CA 94101

Letter of Exclusion

Dear Zachary P. Hutton and Eric Distelburger,

I, ████████, of ████████ San Francisco, CA 94158, phone number
████████ request to be excluded from the class action Settlement in the matter of
Bowlay-Williams v. Google LLC.

Thank you,

████████████████████



**From:** Hutton, Zachary <zachhutton@paulhastings.com>
**Sent:** Wednesday, May 24, 2023 1:50 PM
**To:** Phil Hoelscher <PHoelscher@atticusadmin.com>
**Cc:** Distelburger, Eric <ericdistelburger@paulhastings.com>
**Subject:** RE: Bowlay-Williams v. Google: Document & Info for Settlement Administrator

Phil:

We received the attached opt-out form in the mail. I am forwarding in case you did not receive one from this employee.

Zach

4145425

RECEIVED MAY 3 0 2023

**Monday, May 22nd, 2023**

To whom it may concern,

I, ███████████, am writing to request exclusion from: *Bowlay-Williams v. Google, LLC* Wage and Hour Settlement.

Please officially accept this letter as my request for exclusion from Case No. 4:21-cv-09942-PJH (N.D. Cal.) titled "*Cody Bowlay Williams, individually and on behalf of other similarly situated v. Google, LLC.*"

If there is any other information needed in order for me to be excluded from the above case, please let me know. Thanks!

Best,



West Hollywood, CA 90069



LOS ANGELES CA 900

22 MAY 2023 PM 12 L

Google LLC Wage and Hour Settlement
c/o Atticus Administration
P.O. Box 64053
Saint Paul, MN 55164

55164-005353

4169405

# REQUEST FOR EXCLUSION FROM CLASS ("OPT-OUT") FORM

*Bowlay-Williams, individually and on behalf of others similarly situated v. Google LLC.*

**United States District Court for the Northern District of California, Case No. 4:21-cv-09942-PJH (N.D. Cal.).**

By signing and returning this form, I confirm that I do not want to be included in the Settlement of the class and collective action lawsuit referenced above.

I understand that by opting out, I am giving up my right to receive any payments under the settlement.

By opting out, I understand that I retain the right to file my own individual lawsuit against Google LLC.

By providing the following information, I affirm that I want to opt-out of this class:

| | | |
|---|---|---|
| ███████ | | ███████ |
| First Name | Middle Initial | Last Name |

| | | |
|---|---|---|
| | | |
| Former Name (if any): First | Middle Initial | Last Name |

| | | | |
|---|---|---|---|
| ███████ | Newark | CA | 94560 |
| Current Mailing Address | City | State | Zip |

| | |
|---|---|
| ███████ | |
| Home Phone Number | Work/Other Phone Number |

███████
Last 4 digits of your Social Security Number

| | |
|---|---|
| ████████████ | 05-24-2023 |
| (Sign Here) | (Date) |

Page 1 of 1



From:

To: GOOGLE LLC WAGE AND HOUR SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

May 27th, 2023

**RECEIVED MAY 3 1 2023**

4170806



San Jose, CA 95124
Phone:

### Exclusion letter

To whom it may concern,

I request to be excluded from the class action Settlement in the matter of Bowlay-Williams v. Google LLC, Case No. 4:21-cv-09942-PJH (N.D.Cal), for personal reasons.

Sincerely,



SAN JOSE CA 950

27 MAY 2023 PM 4 L

To: Bowlay-Williams v. Google, LLC
Wage and Hour Settlement
c/o Atticus Administration,
P.O. Box 64053, St. Paul, MN 55164

55164-005353

**RECEIVED** MAY 3 1 2023                    4171145

[REDACTED]

Aptos, CA 95003

[REDACTED]

May 25, 2023

Bowlay-Williams v. Google
LLC Wage and Hour Settlement
℅ Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

Dear Settlement Administrator:

I would like to be excluded from the Settlement. I believe that I was paid the proper wages and
bonuses that I was supposed to be awarded.

Sincerely,



SAN FRANCISCO CA 940

26 MAY 2023 PM 2 L

Bowlay-Williams v. Google
LLC Wage and Hour Settlement
c/o Atticus Administration
P. O. Box 64053
St. Paul, MN 55164

55164-005353

**RECEIVED JUN 0 5 2023**

4167089

Exclusion Letter for *Bowlay-Williams v. Google LLC.*

 Los Angeles CA 90034

I request to be excluded from the class action settlement in the matter of *Bowlay-Williams v. Google LLC.*

LOS ANGELES CA 900

30 MAY 2023 PM 12 L



Bowlay-Williams v. Google, LLC Wage & Hour Settlement,
c/o Atticus Administration,
          P.O. Box 64053, St. Paul, MN 55164

55164-005353

**RECEIVED JUN 0 7 2023**

4168356

████████

████████████████ **CA 95110 |** ██████████

---

Bowlay-Williams v Google, LLC
Wage and Hour Settlement
℅ Atticus Administration
PO Box 64053
St Paul, MN 55164

**Jun 1, 2023**

Dear Bowlay-Williams,

This letter is to inform you that I wish to be excluded from the Settlement in the matter of
Bowlay-Williams v. Google LLC.

Thank you for your consideration.

████████████████████████

SAN FRANCISCO CA 940

2 JUN 2023 PM 5 L

55 0
CENTS
US POSTAGE
FIRST CLASS
FROM 94043

Bowlay-Williams v Google, LLC
Wage & Hour settlement
c/o Atticus Administration
PO BOX 64053
St Paul, MN 55164

55164-005353

4168327

Subject: Exclusion Letter

Name: █████████████

Address: █████████████

       Tustin, CA 92780

Phone: █████████████

Date: 06/01/2023

I am requesting to be excluded
from the class action settlement
in the matter of Bowlay-Williams
v. Google LLC



SANTA ANA CA  926
SANTA ANA CA  926
3 JUN 2023   PM 2  L
3 JUN 2023   PM 2  L

Bowlay-Williams v Google, LLC wage
and Hour settlement, c/o Atticus Administration
P.O. BOX 64053, ST. Paul MN 55164

55164-005353

RECEIVED JUN 1 2 2023

4168874

███████████████████

San Jose, CA 95120

████████████

Saturday, June 3. 2023

To Whom it May Concern:

Please exclude me from the class action Settlement in the matter of Bowlay-Williams v. Google LLC. Reason: I like working at Google.

Thanks,

████████████████████

6/3/23

SAN JOSE CA 950

5 JUN 2023    PM 3 L

forever usa

Bowlay - Williams vs Google, LLC
Wage ? Hour Settlement.
C/O Atticus Administration
PO Box 64053
St. Paul, Mn. 55164

55164-005353

4169496

RECEIVED JUN 1 2 2023

Bowlay-Williams v. Google, LLC Wage and Hour Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

June 5, 2023

Exclusion Letter

To Whom It May Concern:

This is to let you know that I request to be excluded from the class action Settlement
in the matter of *Bowlay-Williams v. Google LLC*. The requisite contact information is
as follows:

███████████████████

East Palo Alto, CA 94303
██████████████

Sincerely,


███████████████████



Bowlay-Williams v. Google, LLC
Wage and Hour Settlement
    c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

55164-005353

RECEIVED JUN 1 2 2023                    4168883

## Exclusion Letter

Attention Settlement Administrator,

I request to be excluded from the class action settlement in the matter of Bowlay-Williams v. Google LLC.

Signed,

Cupertino CA 95014

SAN JOSE CA 950

5 JUN 2023    PM 3  L

$0.63

Bowlay-Williams v. Google, LLC Wage and Hour
Settlement, c/o Atticus Administration,
P.O. Box 64053
St. Paul, MN 55164

55164-005353

**RECEIVED** JUN 1 2 2023

4170172



San Jose, CA  95130

June 5, 2023

Google LLC Wage and Hour Settlement
℅ Atticus Administration
PO Box 64053
Saint Paul, MN  55164

Re: Settlement Exclusion Request

To whom it may concern:

I am writing to request that I be excluded from the proposed Class Settlement in the matter of *Bowlay-Williams v. Google LLC [Case No. 4:21-cv-09942-PJH (N.D.Cal.]*. I understand that by opting out of the settlement, I will not be eligible to receive any payments under the Class Settlement.

Thank you for your time and attention to this matter.

Sincerely,

SAN JOSE CA  950

5 JUN 2023   PM 4  L

Google LLC Wage + Hour Settlement
c/o Atticus Administration
PO BOX 64053
Saint Paul, MN. 55164

55164-005353

PJH

**RECEIVED JUN 1 2 2023**

4164823

Hi,

My name is ███████████, I live at
███████████ in Santa Cruz, CA.
I would like to be excluded from
the Google LLC wage + hour settlement
(Bowlay Williams v. Google LLC).

You can reach me at (209)202-6749 if
you have any questions.

Thank You,

███████████

SAN JOSE CA 950

5 JUN 2023    PM 5    L

Bowlay-Williams v Google
LLC Wage and Hour Settlement
c/o Atticus Administration
P.O. Box 64053
St Paul, MN 55164

55164-005353

**RECEIVED JUN 1 2 2023**

4171035

# REQUEST FOR EXCLUSION FROM CALIFORNIA CLASS SETTLEMENT

*Cody Bowlay Williams, individually and on behalf of others similarly situated v. Google, LLC*
**United States District Court for the Northern District of California**
**Case No. 4:21-cv-09942-PJH (N.D. Cal.)**

By signing and returning this form, I confirm that I do not want to be included in the Settlement of the class action lawsuit referenced above.

I understand that by opting out, I am giving up my right to receive any payments under the settlement.

By opting out, I understand that I retain the right to file my own individual lawsuit against Google LLC

By providing the following information, I affirm that I want to opt-out of this class:

| ██████████████ | | ███████ |
|---|---|---|
| First Name | Middle Name | Last Name |

| ████████████ | Pleasant Hill | CA | 94523 |
|---|---|---|---|
| Current Mailing Address | City | State | Zip |

| ████████████ | Alamo | CA | 94507 |
|---|---|---|---|
| Current Residential Address | City | State | Zip |

████████████

Main Phone Number

| ██████████████ | JUNE 5, 2023 |
|---|---|
| Printed Name | Date |

██████████████

Signature of confirmation

6 JUN 2023   PM 6   L

FOREVER / USA

Bowlay-Williams v. Google LLC
Wage & Hourly Settlement
c/o Atticus Administration
PO BOX 64053
St. Paul, MN  55164

55164-005353

**Exhibit F**
FLSA Collective Members - Valid Consent to Join Form

| Seq No. | Employee ID |
|---------|-------------|
| 1 | 1082960 |
| 2 | 1079076 |
| 3 | 1053508 |
| 4 | 1047566 |
| 5 | 1045510 |
| 6 | 1022336 |
| 7 | 1022276 |
| 8 | 1021490 |
| 9 | 1018341 |
| 10 | 1018092 |
| 11 | 1016664 |
| 12 | 1014302 |
| 13 | 1012478 |
| 14 | 1009746 |
| 15 | 1008536 |
| 16 | 1008125 |
| 17 | 1005076 |
| 18 | 1004932 |
| 19 | 1004921 |
| 20 | 999632 |
| 21 | 999073 |
| 22 | 998885 |
| 23 | 992561 |
| 24 | 988466 |
| 25 | 988169 |
| 26 | 986553 |
| 27 | 984884 |
| 28 | 984805 |
| 29 | 984605 |
| 30 | 980384 |
| 31 | 980276 |
| 32 | 980107 |
| 33 | 978659 |
| 34 | 974457 |
| 35 | 974396 |
| 36 | 971920 |
| 37 | 965013 |
| 38 | 963304 |
| 39 | 962932 |
| 40 | 962851 |
| 41 | 959952 |
| 42 | 959634 |

| 43 | 958717 |
|----|--------|
| 44 | 957806 |
| 45 | 957720 |
| 46 | 955938 |
| 47 | 954503 |
| 48 | 953389 |
| 49 | 952684 |
| 50 | 951979 |
| 51 | 951598 |
| 52 | 948606 |
| 53 | 947906 |
| 54 | 946859 |
| 55 | 945559 |
| 56 | 945124 |
| 57 | 943019 |
| 58 | 942765 |
| 59 | 938437 |
| 60 | 935033 |
| 61 | 933908 |
| 62 | 933666 |
| 63 | 933181 |
| 64 | 928519 |
| 65 | 926768 |
| 66 | 926753 |
| 67 | 924398 |
| 68 | 918996 |
| 69 | 918619 |
| 70 | 917574 |
| 71 | 917569 |
| 72 | 917331 |
| 73 | 915446 |
| 74 | 915336 |
| 75 | 914201 |
| 76 | 913895 |
| 77 | 912933 |
| 78 | 910005 |
| 79 | 908741 |
| 80 | 908694 |
| 81 | 906848 |
| 82 | 906333 |
| 83 | 905542 |
| 84 | 905010 |
| 85 | 904350 |
| 86 | 903786 |
| 87 | 903276 |
| 88 | 902648 |
| 89 | 902394 |

| | |
|---|---|
| 90 | 901988 |
| 91 | 900157 |
| 92 | 898188 |
| 93 | 897378 |
| 94 | 892994 |
| 95 | 892624 |
| 96 | 892099 |
| 97 | 892096 |
| 98 | 890796 |
| 99 | 890511 |
| 100 | 889762 |
| 101 | 887281 |
| 102 | 886934 |
| 103 | 886569 |
| 104 | 886567 |
| 105 | 886254 |
| 106 | 885810 |
| 107 | 885729 |
| 108 | 885405 |
| 109 | 883419 |
| 110 | 881923 |
| 111 | 881554 |
| 112 | 881502 |
| 113 | 881103 |
| 114 | 880000 |
| 115 | 879246 |
| 116 | 878066 |
| 117 | 877183 |
| 118 | 875687 |
| 119 | 875614 |
| 120 | 875476 |
| 121 | 874942 |
| 122 | 874920 |
| 123 | 874508 |
| 124 | 874122 |
| 125 | 873204 |
| 126 | 873011 |
| 127 | 872500 |
| 128 | 869839 |
| 129 | 869135 |
| 130 | 868545 |
| 131 | 866864 |
| 132 | 864755 |
| 133 | 862255 |
| 134 | 862251 |
| 135 | 862233 |
| 136 | 862229 |

| | |
|---|---|
| 137 | 861657 |
| 138 | 861641 |
| 139 | 860605 |
| 140 | 857549 |
| 141 | 856974 |
| 142 | 854198 |
| 143 | 853948 |
| 144 | 849392 |
| 145 | 848254 |
| 146 | 846852 |
| 147 | 846799 |
| 148 | 846560 |
| 149 | 845412 |
| 150 | 843297 |
| 151 | 842456 |
| 152 | 841765 |
| 153 | 841111 |
| 154 | 840951 |
| 155 | 840668 |
| 156 | 839533 |
| 157 | 837990 |
| 158 | 837326 |
| 159 | 836101 |
| 160 | 835929 |
| 161 | 834863 |
| 162 | 834477 |
| 163 | 832991 |
| 164 | 832948 |
| 165 | 832713 |
| 166 | 830229 |
| 167 | 830214 |
| 168 | 829159 |
| 169 | 828760 |
| 170 | 827339 |
| 171 | 824261 |
| 172 | 821441 |
| 173 | 821227 |
| 174 | 818787 |
| 175 | 818636 |
| 176 | 818195 |
| 177 | 814056 |
| 178 | 813372 |
| 179 | 809175 |
| 180 | 808522 |
| 181 | 807009 |
| 182 | 806951 |
| 183 | 806890 |

| 184 | 806768 |
| 185 | 806767 |
| 186 | 806676 |
| 187 | 806597 |
| 188 | 806311 |
| 189 | 805876 |
| 190 | 805808 |
| 191 | 805703 |
| 192 | 802414 |
| 193 | 802351 |
| 194 | 801778 |
| 195 | 799975 |
| 196 | 799649 |
| 197 | 797521 |
| 198 | 796602 |
| 199 | 790710 |
| 200 | 788663 |
| 201 | 786368 |
| 202 | 786097 |
| 203 | 785601 |
| 204 | 783485 |
| 205 | 780646 |
| 206 | 778761 |
| 207 | 776845 |
| 208 | 775395 |
| 209 | 775233 |
| 210 | 774132 |
| 211 | 774012 |
| 212 | 773384 |
| 213 | 769853 |
| 214 | 769849 |
| 215 | 769844 |
| 216 | 769795 |
| 217 | 769684 |
| 218 | 765689 |
| 219 | 764183 |
| 220 | 763590 |
| 221 | 762428 |
| 222 | 759005 |
| 223 | 758968 |
| 224 | 758122 |
| 225 | 757943 |
| 226 | 757932 |
| 227 | 756782 |
| 228 | 756514 |
| 229 | 754595 |
| 230 | 754212 |

| 231 | 752642 |
|-----|--------|
| 232 | 751919 |
| 233 | 749757 |
| 234 | 747485 |
| 235 | 746802 |
| 236 | 745148 |
| 237 | 744372 |
| 238 | 743942 |
| 239 | 741845 |
| 240 | 740615 |
| 241 | 740253 |
| 242 | 739359 |
| 243 | 739330 |
| 244 | 737510 |
| 245 | 737458 |
| 246 | 737256 |
| 247 | 736807 |
| 248 | 735208 |
| 249 | 730631 |
| 250 | 729885 |
| 251 | 728106 |
| 252 | 726512 |
| 253 | 726508 |
| 254 | 726498 |
| 255 | 725137 |
| 256 | 724475 |
| 257 | 723069 |
| 258 | 719475 |
| 259 | 719259 |
| 260 | 718100 |
| 261 | 717840 |
| 262 | 717428 |
| 263 | 717215 |
| 264 | 716914 |
| 265 | 716769 |
| 266 | 715126 |
| 267 | 714927 |
| 268 | 712150 |
| 269 | 710331 |
| 270 | 709743 |
| 271 | 708314 |
| 272 | 707549 |
| 273 | 707543 |
| 274 | 705418 |
| 275 | 705059 |
| 276 | 703783 |
| 277 | 703606 |

| 278 | 703462 |
| 279 | 703373 |
| 280 | 702736 |
| 281 | 702050 |
| 282 | 701965 |
| 283 | 701935 |
| 284 | 701792 |
| 285 | 701483 |
| 286 | 701013 |
| 287 | 698637 |
| 288 | 694161 |
| 289 | 691788 |
| 290 | 690952 |
| 291 | 690886 |
| 292 | 686998 |
| 293 | 686853 |
| 294 | 686827 |
| 295 | 686811 |
| 296 | 686584 |
| 297 | 686077 |
| 298 | 684734 |
| 299 | 683375 |
| 300 | 682418 |
| 301 | 682407 |
| 302 | 681775 |
| 303 | 681345 |
| 304 | 679881 |
| 305 | 679610 |
| 306 | 677807 |
| 307 | 677190 |
| 308 | 677046 |
| 309 | 675469 |
| 310 | 675206 |
| 311 | 675054 |
| 312 | 674950 |
| 313 | 673700 |
| 314 | 673587 |
| 315 | 672993 |
| 316 | 672649 |
| 317 | 672595 |
| 318 | 671774 |
| 319 | 670254 |
| 320 | 667599 |
| 321 | 666995 |
| 322 | 666198 |
| 323 | 666137 |
| 324 | 662784 |

| | |
|---|---|
| 325 | 660269 |
| 326 | 660261 |
| 327 | 659496 |
| 328 | 658319 |
| 329 | 654236 |
| 330 | 654191 |
| 331 | 654094 |
| 332 | 653977 |
| 333 | 652122 |
| 334 | 650442 |
| 335 | 650135 |
| 336 | 650042 |
| 337 | 650039 |
| 338 | 650011 |
| 339 | 649581 |
| 340 | 648562 |
| 341 | 647904 |
| 342 | 646607 |
| 343 | 646601 |
| 344 | 646344 |
| 345 | 646190 |
| 346 | 646043 |
| 347 | 644481 |
| 348 | 644217 |
| 349 | 644129 |
| 350 | 643571 |
| 351 | 642819 |
| 352 | 642356 |
| 353 | 639967 |
| 354 | 639882 |
| 355 | 638457 |
| 356 | 638005 |
| 357 | 637793 |
| 358 | 635857 |
| 359 | 635836 |
| 360 | 635727 |
| 361 | 635644 |
| 362 | 635059 |
| 363 | 634273 |
| 364 | 633978 |
| 365 | 633826 |
| 366 | 633544 |
| 367 | 633347 |
| 368 | 631596 |
| 369 | 630758 |
| 370 | 630355 |
| 371 | 630337 |

| | |
|---|---|
| 372 | 628116 |
| 373 | 627291 |
| 374 | 626902 |
| 375 | 626808 |
| 376 | 626749 |
| 377 | 626313 |
| 378 | 625652 |
| 379 | 624953 |
| 380 | 624352 |
| 381 | 624048 |
| 382 | 623454 |
| 383 | 623396 |
| 384 | 622637 |
| 385 | 622573 |
| 386 | 622155 |
| 387 | 622114 |
| 388 | 620334 |
| 389 | 619910 |
| 390 | 619867 |
| 391 | 619778 |
| 392 | 617363 |
| 393 | 617309 |
| 394 | 617308 |
| 395 | 617245 |
| 396 | 617204 |
| 397 | 617194 |
| 398 | 616376 |
| 399 | 615238 |
| 400 | 614708 |
| 401 | 614663 |
| 402 | 612968 |
| 403 | 611566 |
| 404 | 610461 |
| 405 | 606462 |
| 406 | 606024 |
| 407 | 605879 |
| 408 | 605621 |
| 409 | 604748 |
| 410 | 603969 |
| 411 | 603857 |
| 412 | 603483 |
| 413 | 603450 |
| 414 | 602000 |
| 415 | 601885 |
| 416 | 601730 |
| 417 | 601667 |
| 418 | 600082 |

| | |
|---|---|
| 419 | 596820 |
| 420 | 595346 |
| 421 | 593696 |
| 422 | 593355 |
| 423 | 588025 |
| 424 | 585593 |
| 425 | 583967 |
| 426 | 582547 |
| 427 | 582460 |
| 428 | 581807 |
| 429 | 580156 |
| 430 | 579900 |
| 431 | 576331 |
| 432 | 573337 |
| 433 | 572565 |
| 434 | 571148 |
| 435 | 569337 |
| 436 | 568858 |
| 437 | 568644 |
| 438 | 565890 |
| 439 | 565810 |
| 440 | 564263 |
| 441 | 564081 |
| 442 | 563843 |
| 443 | 562284 |
| 444 | 560153 |
| 445 | 559499 |
| 446 | 555360 |
| 447 | 552908 |
| 448 | 551051 |
| 449 | 549613 |
| 450 | 548016 |
| 451 | 547936 |
| 452 | 545647 |
| 453 | 543489 |
| 454 | 541802 |
| 455 | 541593 |
| 456 | 536714 |
| 457 | 536422 |
| 458 | 534271 |
| 459 | 532805 |
| 460 | 532317 |
| 461 | 532214 |
| 462 | 531006 |
| 463 | 530968 |
| 464 | 530604 |
| 465 | 530596 |

| | |
|---|---|
| 466 | 527227 |
| 467 | 525678 |
| 468 | 525050 |
| 469 | 522343 |
| 470 | 518865 |
| 471 | 518281 |
| 472 | 513104 |
| 473 | 513092 |
| 474 | 510933 |
| 475 | 507847 |
| 476 | 507845 |
| 477 | 506841 |
| 478 | 500824 |
| 479 | 492366 |
| 480 | 484655 |
| 481 | 477007 |
| 482 | 476098 |
| 483 | 473457 |
| 484 | 466888 |
| 485 | 462755 |
| 486 | 458797 |
| 487 | 457467 |
| 488 | 455427 |
| 489 | 455167 |
| 490 | 451673 |
| 491 | 450134 |
| 492 | 450062 |
| 493 | 449845 |
| 494 | 447295 |
| 495 | 444166 |
| 496 | 442802 |
| 497 | 442768 |
| 498 | 442652 |
| 499 | 438792 |
| 500 | 435210 |
| 501 | 434754 |
| 502 | 431348 |
| 503 | 418758 |
| 504 | 414507 |
| 505 | 409884 |
| 506 | 408834 |
| 507 | 391151 |
| 508 | 389372 |
| 509 | 384352 |
| 510 | 384085 |
| 511 | 380953 |
| 512 | 375868 |

| | |
|---|---|
| 513 | 372033 |
| 514 | 369171 |
| 515 | 367609 |
| 516 | 365709 |
| 517 | 364578 |
| 518 | 364154 |
| 519 | 361135 |
| 520 | 359811 |
| 521 | 354007 |
| 522 | 348710 |
| 523 | 343057 |
| 524 | 343045 |
| 525 | 338034 |
| 526 | 336838 |
| 527 | 336302 |
| 528 | 335196 |
| 529 | 334885 |
| 530 | 329491 |
| 531 | 322287 |
| 532 | 321169 |
| 533 | 321152 |
| 534 | 318762 |
| 535 | 316984 |
| 536 | 312040 |
| 537 | 311915 |
| 538 | 311061 |
| 539 | 309710 |
| 540 | 307773 |
| 541 | 306219 |
| 542 | 306043 |
| 543 | 298499 |
| 544 | 295611 |
| 545 | 295492 |
| 546 | 291510 |
| 547 | 290682 |
| 548 | 290083 |
| 549 | 284109 |
| 550 | 283191 |
| 551 | 280425 |
| 552 | 280329 |
| 553 | 280088 |
| 554 | 275939 |
| 555 | 274268 |
| 556 | 272287 |
| 557 | 269769 |
| 558 | 265284 |
| 559 | 256897 |

| | |
|---|---|
| 560 | 250940 |
| 561 | 249425 |
| 562 | 248807 |
| 563 | 246796 |
| 564 | 246194 |
| 565 | 246106 |
| 566 | 241747 |
| 567 | 237319 |
| 568 | 234851 |
| 569 | 234070 |
| 570 | 231116 |
| 571 | 230507 |
| 572 | 224685 |
| 573 | 221626 |
| 574 | 220115 |
| 575 | 219929 |
| 576 | 219910 |
| 577 | 219591 |
| 578 | 219235 |
| 579 | 219222 |
| 580 | 218251 |
| 581 | 218205 |
| 582 | 216606 |
| 583 | 215589 |
| 584 | 213365 |
| 585 | 212180 |
| 586 | 210880 |
| 587 | 210408 |
| 588 | 210191 |
| 589 | 207551 |
| 590 | 206294 |
| 591 | 202082 |
| 592 | 197286 |
| 593 | 195298 |
| 594 | 190889 |
| 595 | 187897 |
| 596 | 187335 |
| 597 | 184834 |
| 598 | 181013 |
| 599 | 178849 |
| 600 | 177726 |
| 601 | 176862 |
| 602 | 174391 |
| 603 | 168850 |
| 604 | 166798 |
| 605 | 159005 |
| 606 | 158900 |

| | |
|---|---|
| 607 | 157580 |
| 608 | 155649 |
| 609 | 152765 |
| 610 | 152029 |
| 611 | 147933 |
| 612 | 135546 |
| 613 | 133573 |
| 614 | 127623 |
| 615 | 127128 |
| 616 | 121309 |
| 617 | 117336 |
| 618 | 116536 |
| 619 | 115999 |
| 620 | 113792 |
| 621 | 112504 |
| 622 | 112349 |
| 623 | 110410 |
| 624 | 109528 |
| 625 | 105921 |
| 626 | 104262 |
| 627 | 102480 |
| 628 | 101680 |
| 629 | 100919 |
| 630 | 98333 |
| 631 | 90488 |
| 632 | 90055 |
| 633 | 88910 |
| 634 | 85013 |
| 635 | 80600 |
| 636 | 77937 |
| 637 | 77466 |
| 638 | 77392 |
| 639 | 77183 |
| 640 | 76995 |
| 641 | 76088 |
| 642 | 76077 |
| 643 | 75853 |
| 644 | 75840 |
| 645 | 71459 |
| 646 | 68245 |
| 647 | 63879 |
| 648 | 62011 |
| 649 | 55264 |
| 650 | 54519 |
| 651 | 38328 |
| 652 | 34034 |
| 653 | 33706 |

| 654 | 31697 |
|-----|-------|
| 655 | 26816 |
| 656 | 25584 |
| 657 | 20997 |
| 658 | 14199 |
| 659 | 14111 |
| 660 | 8940 |
| 661 | 4868 |
| 662 | 1781 |